# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, 23 E. Adams Street, 4th Floor Detroit, MI 48226; <br><br> MAUREEN TAYLOR, c/o NAACP Legal Defense & Educational Fund, Inc. 40 Rector St., 5th Floor New York, NY 10006; <br><br> NICOLE HILL, c/o NAACP Legal Defense & Educational Fund, Inc. 40 Rector St., 5th Floor New York, NY 10006; <br><br> and TEASHA JONES, c/o NAACP Legal Defense & Educational Fund, Inc. 40 Rector St., 5th Floor New York, NY 10006, <br><br>          *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his personal capacity, 1600 Pennsylvania Ave. NW Washington, DC 20500; <br><br> and DONALD J. TRUMP FOR PRESIDENT, INC., 725 5th Ave. New York, NY 10022, <br><br>          *Defendants.* | Case No. 1:20-cv-03388 <br><br> **NOTICE OF ERRATA REGARDING PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Plaintiffs hereby submit a Notice of Errata regarding their Complaint for Declaratory and Injunctive Relief filed November 20, 2020 (Dkt. No. 1), which omitted addresses for each of the parties from its caption page.

Accordingly, Plaintiffs submit as Exhibit 1 hereto their Corrected Complaint for Declaratory and Injunctive Relief, which now includes addresses for each of the parties on its caption page pursuant to LCvR 5.1(c).

Dated: November 23, 2020

                                              Respectfully submitted,

<u>/s/ Samuel Spital</u>
Janai S. Nelson*
Samuel Spital
(D.D.C Bar No. SS4839)
Monique N. Lin-Luse*
Anuja D. Thatte*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200
*Pro hac vice applications forthcoming*

*Counsel for Plaintiffs*