# AFFIDAVIT OF SERVICE

| Case:<br>1:20-cv-03388-EGS | Court:<br>In The United States District Court for the District of Columbia | County:<br>, DC | Job:<br>5110454 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MICHIGAN WELFARE RIGHTS ORGANIZATION, MAUREEN TAYLOR, NICOLE HILL, and TEASHA JONES | | Defendant / Respondent:<br>DONALD J. TRUMP and DONALD J. TRUMP FOR PRESIDENT, INC. | |
| Received by:<br>One Source Process, LLC | | For:<br>NAACP Legal Defense and Educational Fund, Inc. | |
| To be served upon:<br>DONALD J. TRUMP FOR PRESIDENT, INC., c/o C T CORPORATION SYSTEM (Registered agent) | | | |

I, Peyton Eastwood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jessica Fitzgerald, 4701 Cox Rd Ste 285, Glen Allen, VA 23060
**Manner of Service:** Authorized, Nov 30, 2020, 2:23 pm EST
**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (Received Nov 25, 2020 at 1:27pm EST)

### Additional Comments:
1) Successful Attempt: Nov 30, 2020, 2:23 pm EST at 4701 Cox Rd Ste 285, Glen Allen, VA 23060 received by Jessica Fitzgerald. Age: 30s; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'8"; Hair: Blond; Relationship: Authorized Agent;

_Subscribed and sworn to before me by the affiant who is personally known to me._

Peyton Eastwood   Date 12/1/20

Notary Public   Date 12/1/20

Commission Expires 9-30-24

One Source Process, LLC
800-668-5448

[Notary Seal: JESSICA F. STARKE, NOTARY PUBLIC, REG. #347270, MY COMMISSION EXPIRES 09/30/2024, COMMONWEALTH OF VIRGINIA]

25496