# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190140000091827054

Your item was delivered at 5:10 am on November 30, 2020 in WASHINGTON, DC 20530.



## Delivered

November 30, 2020 at 5:10 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

November 30, 2020, 5:10 am
Delivered

WASHINGTON, DC 20530
Your item was delivered at 5:10 am on November 30, 2020 in WASHINGTON, DC 20530.

November 29, 2020, 11:10 am
Available for Pickup
WASHINGTON, DC 20530

November 29, 2020, 9:38 am
Arrived at Hub
WASHINGTON, DC 20018

November 29, 2020, 2:53 am
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

November 28, 2020, 3:10 pm
USPS in possession of item
SILVER SPRING, MD 20901

Product Information 

See Less ∧

## Can't find what you're looking for?