AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Michigan Welfare Rights Organization, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Donald J. Trump, et al. ) <br> *Defendant* ) | Case No.  1:20-cv-03388 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Donald J. Trump and Donald J. Trump for President, Inc.            .

Date:   12/21/2020

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall, Virginia Bar No. 79292
*Printed name and bar number*

Harvey & Binnall, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

jesse.r.binnall@harveybinnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*