UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT

Pursuant to Federal Civil Rule 6(b)(1)(A), President Donald J. Trump and Donald J. Trump for President, Inc. (collectively, "Trump Defendants") move this Court for an extension of time to answer or otherwise plead in response to the Amended Complaint filed in this case.

On December 21, 2020, Plaintiffs filed an Amended Complaint, adding Plaintiff NCAAP and Defendant Republican National Committee to the lawsuit. The Trump Defendants' response is due on January 4, 2021. The Republican National Committee, however, has apparently not yet been served with the Amended Complaint. Consequently, an extension of time until January 25, 2021, will not impede or delay the litigation and no party will be prejudiced by the extension. The Plaintiffs consent to this motion.

Dated: December 30, 2020                  Respectfully Submitted:

                                                         /s/ Jesse R. Binnall_____
                                                         Jesse R. Binnall
                                                         Virginia Bar No. 79292
                                                         Harvey & Binnall, P.L.L.C.

717 King Street, Suite 300
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse.r.binnall@harveybinnall.com

*Counsel for Defendants Donald J. Trump and Donald J. Trump for President, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on 30 December 2020, I electronically filed the foregoing Consent Motion for Extension of Time and Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

Dated:  December 30, 2020                           /s/ Jesse R. Binnall_____
                                                                                Jesse R. Binnall
                                                                                *Counsel to Defendants Donald J. Trump
                                                                                and Donald J. Trump for President, Inc.*