# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 1:20-cv-03388-EGS |

## [PROPOSED] ORDER

Pursuant to Federal Civil Rule 6(b)(1)(A), President Donald J. Trump and Donald J. Trump for President, Inc.'s consent motion for extension of time to answer or otherwise plead in response to the Amended Complaint is **GRANTED**.

President Donald J. Trump and Donald J. Trump for President, Inc. must file their answer or plead no later than January 25, 2021.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                          The Honorable Emmet G. Sullivan
                                          District Judge for the District of Columbia