AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03388-EGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Republican National Committee was received by me on *(date)* Jan 5, 2021, 9:43 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louis Martin , who is designated by law to accept service of process on behalf of *(name of organization)* Republican National Committee on *(date)* Mon, Jan 11 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $68.30.

I declare under penalty of perjury that this information is true.

Date: 1/11/2021

*Server's signature*

Marquis Harris

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jan 7, 2021, 11:01 am EST at 310 1st St SE, Washington, DC 20003
This location is closed due to the chaos from the rally yesterday I was told employees are not in for their safety .

2) Successful Attempt: Jan 11, 2021, 11:49 am EST at 310 1st St SE, Washington, DC 20003 received by Louis Martin . Age: 20s; Ethnicity: Caucasian; Gender: Male; Weight: 168; Height: 5'11"; Hair: Blond; Relationship: Network operations ;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF