IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 1:20-cv-3388-EGS |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendants Donald J. Trump, Donald J. Trump for President, Inc., and the Republican National Committee ("RNC"), respectfully move the Court to extend their deadline to answer or otherwise respond to Plaintiffs' Amended Complaint to and including February 24, 2021.

Plaintiffs filed this suit against Donald J. Trump and Donald J. Trump for President, Inc. ("Trump Defendants") on November 20, 2020. Plaintiffs then filed an Amended Complaint on December 21, 2020, adding, for the first time, the RNC as a defendant in the lawsuit. The Amended Complaint also added the NAACP as a plaintiff. Given the additional parties and the fact that one of the defendants—the RNC—had not yet been served, the Trump Defendants moved to extend their deadline to answer or respond to the Amended Complaint from January 4, 2021, to January 25, 2021. Doc. 9. That motion was granted. Minute Order (Dec. 31, 2020). The RNC was not served until January 11, 2021. Thus, the RNC's current deadline for answering or otherwise responding to the Amended Complaint is February 1, 2021.

Good cause exists to grant the relief requested. Given the existing schedule and court

commitments of the lead counsel for the RNC, a modest 23-day extension will ensure that counsel can diligently review the highly fact-intensive allegations and respond clearly and concisely. This is the RNC's first requested extension. The Trump Defendants join the motion for an extension of time so that all Defendants are on the same schedule. An extension of time until February 24, 2021, will not impede or delay the litigation, and no party will be prejudiced by the extension.

In accordance with Local Rule 7(m), Defendants have conferred with counsel for Plaintiffs regarding this requested extension of time. Plaintiffs have stated that they do not oppose the requested extension.

For the foregoing reasons, Defendants respectfully ask the Court to extend their deadline to answer or respond to Plaintiffs' Amended Complaint to and including February 24, 2021.

Dated:  January 15, 2020

Jesse R. Binnall
HARVEY & BINNALL, PLLC
717 King Street, Ste. 300
Alexandria, VA 22314
(703) 888-1943
jesse.r.binnall@harveybinnall.com

*Attorney for Defendants Donald J. Trump and Donald J. Trump for President, Inc.*

Respectfully submitted,

 */s/ Cameron T. Norris*
Cameron T. Norris (VA083)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Harmeet K. Dhillon
DHILLON LAW GROUP INC.
177 Post Street, Ste. 700
San Francisco, CA 94108
(415) 433-1700
harmeet@dhillonlaw.com

*Attorneys for Defendant Republican National Committee*

CERTIFICATE OF SERVICE

I certify that on January 15, 2021, I electronically filed the foregoing Motion for Extension of Time and Proposed Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: January 15, 2021                     /s/ Cameron T. Norris
                                            Cameron T. Norris
                                            *Attorney for Republican National Committee*