IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) No. 1:20-cv-3388-EGS |
| DONALD J. TRUMP, *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>) |

**[PROPOSED] ORDER**

Under Federal Rule of Civil Procedure 6(b), Defendants' motion for extension of time to answer or otherwise respond to the Amended Complaint is GRANTED.

President Donald J. Trump, Donald J. Trump for President, Inc., and the Republican National Committee shall have until February 24, 2021, to answer or otherwise respond to the Amended Complaint.

IT IS SO ORDERED.

Dated: _____          _____
                               The Honorable Emmet G. Sullivan
                               United States District Judge
                               for the District of Columbia