CO-386
10/2018

# United States District Court
# For the District of Columbia

Michigan Welfare Rights Organization, et al. )
)
)
)
)
                Plaintiff )
)
vs )
Donald J. Trump, et al. )
)
)
)
                Defendant )

Civil Action No. 1:20-cv-3388-EGS

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Michigan Welfare Rights Organization certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Michigan Welfare Rights Organization which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.D.C Bar No. SS4839
BAR IDENTIFICATION NO.

Samuel Spital
Print Name

40 Rector Street, 5th Floor
Address

New York,   NY   10006
City        State   Zip Code

212-965-2200
Phone Number