CO-386
10/2018

# United States District Court
# For the District of Columbia

Michigan Welfare Rights Organization, et al.  )
)
)
)
)
                   Plaintiff )
)
vs )
Donald J. Trump, et al. )
)
)
)
                 Defendant )

Civil Action No. 1:20-cv-3388-EGS

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _National Association for the Advancement of Colored People_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _National Association for the Advancement of Colored People_ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.D.C Bar No. SS4839
BAR IDENTIFICATION NO.

Samuel Spital
Print Name

40 Rector Street, 5th Floor
Address

New York,   NY   10006
City   State   Zip Code

212-965-2200
Phone Number