AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Michigan Welfare Rights Org., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-3388-EGS |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Republican National Committee.

Date: 01/28/2021

/s/ Tyler R. Green
*Attorney's signature*

Tyler R. Green (982312)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Address*

tyler@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*