# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Michigan Welfare Rights Organization, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03388-EGS |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michigan Welfare Rights Organization, Marueen Taylor, Nicole Hill, Teasha Jones, NAACP.

Date: 02/02/2021

/s/ Jason M. Bradford
*Attorney's signature*

Jason M. Bradford (IL0073)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

JBradford@jenner.com
*E-mail address*

(312) 840-7225
*Telephone number*

(312) 840-7325
*FAX number*