AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Michigan Welfare Rights Organization, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03388-EGS |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michigan Welfare Rights Organization, Marueen Taylor, Nicole Hill, Teasha Jones, NAACP     .

Date:     02/02/2021

/s/ Jonathan Enfield
*Attorney's signature*

Jonathan Enfield (IL0074)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

JEnfield@jenner.com
*E-mail address*

(312) 840-7272
*Telephone number*

(312) 527-0484
*FAX number*