AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Michigan Welfare Rights Organization, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03388-EGS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Republican National Committee.

Date: 02/09/2021

/s/Harmeet K. Dhillon
*Attorney's signature*

Harmeet K. Dhillon (CA SBN: 207873)
*Printed name and bar number*

Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
*Address*

harmeet@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*