# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)
MICHIGAN WELFARE RIGHTS )
ORGANIZATION, *et al.* )
)
     *Plaintiffs*, )
)
        v. )
)   No. 1:20-cv-3388-EGS
)
)
DONALD J. TRUMP, *et al.*, )
)
     *Defendants.* )
_____)

## DEFENDANT'S MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(A)

Pursuant to 28 U.S.C. § 1404(a), and for the reasons set forth in the accompanying memorandum, Defendant Republican National Committee respectfully requests that the Court transfer this case to the United States District Court for the Eastern District of Michigan. Defendant has conferred with Plaintiffs about this motion in compliance with Local Civil Rule 7(m).  Plaintiffs have indicated that they oppose this motion.

Dated:  February 9, 2021

Respectfully submitted

  *s/ Harmeet K. Dhillon*

Harmeet K. Dhillon
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Ste. 700
San Francisco, CA 94108
(415) 433-1700
harmeet@dhillonlaw.com
meuser@dhillonlaw.com

Tyler R. Green (D.C. Bar #982312)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

*Attorneys for Defendant*
*Republican National Committee*

CERTIFICATE OF SERVICE

I certify that on February 9, 2021, I electronically filed the foregoing Motion to Transfer

Venue Pursuant to 28 U.S.C. § 1404(a) and accompanying order and supporting memorandum

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel and parties of record.


Dated: February 9, 2021                     _/s/ Harmeet K. Dhillon____
                                            Harmeet K. Dhillon
                                            *Attorney for Republican National Committee*