# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

No. 1:20-cv-3388-EGS

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to transfer this case to the Eastern District of Michigan, any accompanying memoranda, and any opposition thereto, it is hereby ORDERED that this case is transferred to the Eastern District of Michigan.

IT IS SO ORDERED.

Dated: _____          _____
                                The Honorable Emmet G. Sullivan
                                United States District Judge
                                for the District of Columbia