IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) No. 1:20-cv-03388-EGS |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| *Defendants*. | )<br>) |

### DEFENDANTS DONALD J. TRUMP AND DONALD J. TRUMP FOR PRESIDENT INCORPORATED'S NOTICE OF JOINDER IN MOTION TO TRANSFER VENUE FILED BY DEFENDANT REPUBLICAN NATIONAL COMMITTEE

**PLEASE TAKE NOTICE** that Defendants Donald J. Trump and Donald J. Trump for President Incorporated (the "Trump Defendants") join in the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed on February 9, 2021, by Defendant Republican National Committee ("RNC"). The Trump Defendants adopt and incorporate the RNC's motion and memorandum in support thereof and the arguments and authorities set forth therein as if their own.

Based on all of the arguments stated in the RNC's Motion to Transfer Venue and Memorandum in Support, the Trump Defendants respectfully move this Court to transfer this action from this Court to the United States District Court, Eastern District of Michigan.

Dated:  February 9, 2021    Respectfully submitted,

 /s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse.r.binnall@harveybinnall.com

Attorney for Defendants
Donald J. Trump and
Donald J. Trump for President, Inc.

CERTIFICATE OF SERVICE

    I certify that on February 9, 2021, I electronically filed the foregoing Notice of Joinder in Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed by the Republican National Committee with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: February 9, 2021            /s/ Jesse R. Binnall
                                                         Jesse R. Binnall
                                           *Attorney for Donald J. Trump and*
                                           *Donald J. Trump for President, Inc.*