IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 1:20-cv-3388-EGS |

**[PROPOSED] ORDER**

Upon consideration of the Republican National Committee's motion to dismiss Plaintiffs' amended complaint, accompanying statement of points and authorities, and any opposition thereto, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.


Dated: _____                    _____
                                          The Honorable Emmet G. Sullivan
                                          United States District Judge
                                          for the District of Columbia