# 127363273  Trump, Donald John  (Doc Images)

PAL   127363273   Trump, Donald J.                                                1100 S. Ocean Blvd. Palm Beach  33480

## Florida Voter Registration Application
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 7/2019)

Form available online at Form also available at: registertovoteflorida.gov

This is: ☒ New Registration   ☐ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**

SUPERVISOR OF ELECTIONS
2019 OCT 24  PM 12: 30
FVRS No:
PALM BEACH COUNTY, FL

1. Are you a citizen of the United States of America?   ☒ YES   ☐ NO

2. ☒ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM-DD-YYYY): 06-14-1946

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number: _____   ☐ If no FL DL or FL ID, then provide: redacted   ☐ I have NONE of these numbers.

6. Last Name: Trump   First Name: Donald   Middle Name: John   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): 1600 Pennsylvania Ave NW   Apt/Lot/Unit:    City: Washington   County:    Zip Code: 20500

8. Mailing Address (if different from above address): Mar-A-Lago, c/o Sean McCabe, 1100 S. Ocean Blvd   Apt/Lot/Unit:    City: Palm Beach   State or Country: Florida   Zip Code: 33480

9. Address Where You Were Last Registered to Vote: 721 5th Avenue   Apt/Lot/Unit:    City: New York   State: New York   Zip Code: 10022

10. Former Name (if name is changed):    Gender: ☒ M ☐ F   State or Country of Birth: New York   Telephone No. (optional): (   )

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above.) My email address is:

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation):
☐ Florida Democratic Party
☒ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☒ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable):
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

Signature: redacted per F.S. 97.0585   Date: 9/27/19

Scan Date = 11/04/2019

Date Image Scanned: 11/04/2019

**127363273**  Trump, Donald John  (Doc Images)

PAL  127363273  Trump, Donald J

## Florida Voter Registration Application
Part 2 – Form (DS-DE 39, R13-2.040, F.A.C.) (eff. 1/2019)

Form available online at registertovoteflorida.gov

This is: ☒ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**
SUPERVISOR OF ELECTIONS
FVRS No:
PALM BEACH COUNTY, FL

1. Are you a citizen of the United States of America?  ☒ YES  ☐ NO
2. ☒ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.
3. ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.
4. Date of Birth (MM-DD-YYYY): 06-14-1946
5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number: [blank]  /  If no FL DL or FL ID, then provide Last 4 digits of Social: redacted  ☐ I have NONE of these numbers.
6. Last Name: Trump | First Name: Donald | Middle Name: John | Name Suffix: [blank]
7. Address Where You Live (legal residence—no P.O. Box): Mar-A-Lago, 1100 S. Ocean Blvd | City: Palm Beach | County: Palm Beach County | Zip Code: 33480
8. Mailing Address (if different from above address): [blank]
9. Address Where You Were Last Registered to Vote: 721 Fifth Avenue | City: New York | State: New York | Zip Code: 10022
10. Former Name (if name is changed): [blank] | Gender: ☒ M ☐ F | State or Country of Birth: New York | Telephone No. (optional): [blank]
11. ☐ Email me SAMPLE BALLOTS if option is available in my county.

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☒ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☒ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

Signature: redacted per F.S. 97.0585
Date: 10/28/19

OCT 2 8 2019

Scan Date = 11/04/2019