```
CFN  20190364271
OR BK  30932  PG  0239
RECORDED 10/04/2019 09:57:23
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0239 - 240; (2pgs)
```

# DECLARATION OF DOMICILE

**For Domiciliaries of the State Of Florida:**

To the Clerk of the Circuit Court (County Comptroller) of Palm Beach County, Florida.

This is my declaration of domicile in the State of Florida that I am filing this day in accordance and in conformity with Section 222.17, Florida Statutes.

I __Donald J. Trump__ hereby declare that I reside in and maintain a place of abode at:

1100 South Ocean Boulevard
(street and number)
Palm Beach, Palm Beach County , Florida
(city and county)

which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above-described residence and abode in the State of Florida constitutes my predominant and principal home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

1100 South Ocean Boulevard
(street and number)
Palm Beach, Palm Beach County , Florida
(city and county)

I formerly resided at:
721 Fifth Avenue
(street and number)
New York, New York County, New York
(city, county and state)

and the place or places where I maintain another or other place or places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

See attached Schedule A.

_____
(Signature)

Sworn to and subscribed before me this 27th of September, 2019

_____
(Signature of Notary Public, State of Florida) District of Columbia

David E. Kalbaugh
(Print, type or stamp commissioned name of Notary Public)

Personally Known __✓__ or Produced Identification
(Check One)

Type of Identification Produced: _____

121416    (See reverse side for Domiciliaries of States Other than the State of Florida)

## Schedule A

## Declaration of Domicile
## of Donald J. Trump

The places where I maintain other places of abode are as follows:

|     | Street | City | County | State |
| --- | --- | --- | --- | --- |
| (1) | 1600 Pennsylvania Ave, NW | Washington | N/A | D.C. |
| (2) | 900 Lamington Road | Bedminster | Somerset | NJ |



This is not a certified copy