## Entity Information

### Entity Information

| | |
|---:|:---|
| Entity Name: | Donald J. Trump for President, Inc. |
| Entity ID: | 07927957 |
| Entity Type: | Nonstock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 06/17/2015 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 06/17/2015 |
| Status Date: | 09/19/2017 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $50.00 |

### Registered Agent Information

| | |
|---:|:---|
| RA Type: | Entity |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | C T CORPORATION SYSTEM |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

### Principal Office Address

| | |
|---:|:---|
| Address: | 725 FIFTH AVENUE, NEW YORK, NY, 10022 - 0000, USA |

### Principal Information

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)  (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| T/S | No | BRADLEY CRATE | 138 CONANT STREET, 2ND FLOR, BEVERLY, MA, 01915 - 0000, USA | 07/01/2019 |
| President | Yes | MACHAEL GLASSNER | 725 FIFTH AVENUE, NEW YORK, NY, 10022 - 0000, USA | 07/01/2019 |

MEMBER INFORMATION;

Member Information:  No Membership Provisions Provided

Filing History    RA History    Name History    Previous Registrations    Garnishment Designees

Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)