# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 18, 2020.

Selected Entity Name: DONALD J. TRUMP FOR PRESIDENT, INC.

**Selected Entity Status Information**

| | |
|---|---|
| **Current Entity Name:** | DONALD J. TRUMP FOR PRESIDENT, INC. |
| **DOS ID #:** | 4786030 |
| **Initial DOS Filing Date:** | JULY 08, 2015 |
| **County:** | NEW YORK |
| **Jurisdiction:** | VIRGINIA |
| **Entity Type:** | FOREIGN NOT-FOR-PROFIT CORPORATION |
| **Current Entity Status:** | ACTIVE |

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

DONALD J. TRUMP FOR PRESIDENT, INC.
725 FIFTH AVENUE
NEW YORK, NEW YORK, 10022

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by [viewing the certificate.](#)

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 08, 2015 | Actual | DONALD J. TRUMP FOR PRESIDENT, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   |   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us