UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, NAACP, MAUREEN TAYLOR, NICOLE L. HILL, and TEASHA K. JONES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Defendants*. | Civil Case No. 1:20-cv-03388-EGS |

### [PROPOSED] ORDER

Upon consideration of Defendants Donald J. Trump and Donald J. Trump for President, Inc.'s motion to dismiss Plaintiffs' Amended Complaint, any accompany memoranda, any opposition thereto, and any oral argument upon the motion, it is here by ORDERED that Defendants Donald J. Trump and Donald J. Trump for President, Inc.'s motion to dismiss is GRANTED.

**IT IS SO ORDERED.**


Dated: _____        _____
                                     The Honorable Emmet G. Sullivan
                                     District Judge for the District of Columbia

1