UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs respectfully move this Court to extend their deadline to respond to Defendants' motions to dismiss from March 10, 2021, to and including April 7, 2021.

Plaintiffs filed an Amended Complaint in this matter on December 21, 2020. This Court granted Defendants' requests for extensions of time to file responsive pleadings. Defendant Republican National Committee filed a motion to dismiss on February 24, 2021, and Defendants Donald J. Trump and Donald J. Trump for President, Inc., filed a separate motion to dismiss on February 24, 2021.

Plaintiffs seek a 28-day extension to respond to Defendants' motions to dismiss in order to file their opposition to the Defendants' motions. This extension will permit Plaintiffs to address factual and legal issues unique to and overlapping factual and legal issues between each motion to dismiss. This is Plaintiffs' first request for an extension. Plaintiffs' request for an extension of time until April 7, 2021 is not meant to delay this litigation and will not prejudice the parties.

Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendants regarding their request for an extension of time. Defendants have stated that they do not oppose this request.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss.

Dated: March 3, 2021

Respectfully submitted,
/s/ Jason M. Bradford
Jason M. Bradford (D.D.C Bar No. IL0073)

Samuel Spital (D.D.C Bar No. SS4839)
Janai S. Nelson*
Monique N. Lin-Luse*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Stephen L. Ascher*
JENNER & BLOCK LLP
919 3rd Avenue
New York, NY 10022
(212) 891-1600

Jason M. Bradford (D.D.C Bar No. IL0073)
William L. Von Hoene*
Jonathan A. Enfield (D.D.C Bar No. IL0074)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

*Counsel for Plaintiffs*

*Application for admission or for pro hac vice admission pending or forthcoming*

## CERTIFICATE OF SERVICE

I certify that on March 3, 2021, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS and the accompanying proposed order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated:  March 3, 2021                                /s/ Jason M. Bradford
                                                                                                                       Jason M. Bradford
                                                                                                                       Attorney for Plaintiffs