UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, it is hereby ORDERED that Plaintiffs' Unopposed Motion is GRANTED.  Plaintiffs must respond to Defendants' Motions to Dismiss by April 7, 2021.

IT IS SO ORDERED.


Dated:  _____          _____
                                       The Honorable Emmet G. Sullivan
                                       United States District Judge
                                       for the District of Columbia

**Attorneys Entitled to Be Notified of Entry of [Proposed] Order**

Jesse R. Binnall
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Email: jbinnall@harveybinnall.com

Tyler R. Green
Cameron Thomas Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Email: tyler@consovoymccarthy.com
Email: cam@consovoymccarthy.com

Harmeet Dhillon
Mark Meuser
DHILLON LAW GROUP INC
177 Post St., Suite #700
San Francisco, CA 94108
Email: harmeet@dhillonlaw.com
Email: mmeuser@dhillonlaw.com

Jason Bradford
Jonathan Enfield
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Email: jbradford@jenner.com
Email: jenfield@jenner.com

Samuel Spital
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Email: sspital@naacpldf.org