UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, NAACP, MAUREEN TAYLOR, NICOLE L. HILL, and TEASHA K. JONES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Defendants*. | Civil Case No. 1:20-cv-03388-EGS |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

Please take notice that the law firm of Harvey & Binnall, PLLC has changed its firm name to Binnall Law Group, PLLC, effective immediately. As a result, the contact information for the law firm is:

>Binnall Law Group, PLLC
>717 King Street, Suite 200
>Alexandria, Virginia 22314
>Telephone: (703) 888-1943
>Facsimile: (703) 888-1930
>E-mail: jesse@binnall.com

Please update your records to reflect this change.

Dated: March 4, 2021                                         Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VSB #79292)

1

        BINNALL LAW GROUP, PLLC
        717 King Street, Suite 200
        Alexandria, Virginia 22314
        Phone: (703) 888-1943
        Fax: (703) 888-1930
        jesse@binnall.com

        *Attorney for Donald J. Trump and*
        *Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 4, 2021, I electronically filed the foregoing Notice of Change of Firm Name with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*