UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN WELFARE RIGHTS
ORGANIZATION, et al.,

          Plaintiffs,

v.

DONALD J. TRUMP, et al.,

          Defendants.

Case No. 1:20-cv-03388-EGS

## DECLARATION OF JANAI NELSON

I state, under penalty of perjury, that:

    1)    My full name is Janai Nelson.

    2)    I am an attorney at the NAACP Legal Defense & Educational Fund, Inc., at 40 Rector Street, 5th Floor, New York, New York 10006; Phone: (212) 965-2200; Fax: (212) 226-7592; jnelson@naacpldf.org.

    3)    I am admitted to practice in all of the courts of the State of New York (admitted 1998); all of the courts of the District of Columbia (admitted 2018); the U.S. District Court for the Southern District of New York (admitted 1999), the U.S. District Court for the Eastern District of New York (admitted 1999); the U.S. Court of Appeals for the 1st, 2nd, 6th, 9th, and 11th Cirs. (admitted 2015); the U.S. Court of Appeals for the 3rd, 4th, 5th, 7th, 10th and D.C. Cirs. (admitted 2014); the 8th Cir. (admitted 1998); and the U.S. Supreme Court (admitted 2003).

    4)    I am in good standing and eligible to practice in all courts to which I am admitted. I have not incurred disciplinary action from any bar.

5) I have been admitted to practice *pro hac vice* before this Court on one occasion within the past two years.

6) I do not engage in the practice of law from an office located in the District of Columbia.

Executed on March 11, 2021.

_____
Janai Nelson
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
jnelson@naacpldf.org

*Applicant Attorney for Plaintiffs*