UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN WELFARE RIGHTS
ORGANIZATION, et al.,

          Plaintiffs,

v.

          Case No. 1:20-cv-03388-EGS

DONALD J. TRUMP, et al.,

          Defendants.

## PROPOSED ORDER

Having reviewed Plaintiffs' Motion for Admission of Attorney Janai Nelson *Pro Hac Vice* as counsel for Plaintiffs in the above captioned case, the application is hereby **GRANTED**.

SO ORDERED.

This _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE