**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHIGAN WELFARE RIGHTS
ORGANIZATION, et al.,

                    Plaintiffs,

v.                                             Case No. 1:20-cv-03388-EGS

DONALD J. TRUMP, et al.,

                    Defendants.

**MOTION FOR ADMISSION OF ATTORNEY**
**MONIQUE N. LIN-LUSE *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, attorney Samuel Spital, a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Monique N. Lin-Luse ("applicant") to participate *pro hac vice* as co-counsel for Plaintiff in the above-captioned action. Attached as Exhibit A is the Declaration of Monique N. Lin-Luse in Support of the Motion for *Pro Hac Vice* Admission.

WHEREFORE, Plaintiff, by its attorney Samuel Spital, respectfully requests that this Court grant permission to Monique N. Lin-Luse to appear and practice *pro hac vice* on behalf of Plaintiff.

DATED: March 11, 2021                    Respectfully submitted,


_____
Samuel Spital (D.C. Bar No.: NY0248)
**NAACP LEGAL DEFENSE &**
**EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200
sspital@naacpldf.org