UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-03388-EGS |

### DECLARATION OF MONIQUE N. LIN-LUSE

I state, under penalty of perjury, that:

1) My full name is Monique N. Lin-Luse.

2) I am an attorney at the NAACP Legal Defense & Educational Fund, Inc., at 40 Rector Street, 5th Floor, New York, New York 10006; Phone: (212) 965-2200; Fax: (212) 226-7592; mlinluse@naacpldf.org.

3) I am admitted to practice in all of the courts of the State of Pennsylvania (admitted 2010); all of the courts of the State of New York (admitted 2019); the U.S. District Court for the Western District of Tennessee (admitted 2014), the U.S. District Court for the Eastern District of Michigan (admitted 2020); and the U.S. Court of Appeals for the 11th Cir. (admitted 2017).

4) I am in good standing and eligible to practice in all courts to which I am admitted. I have not incurred disciplinary action from any bar.

5) I have been admitted to practice *pro hac vice* before this Court on one occasion within the past two years.

6) I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the D.C. Bar, and I do not have a membership application pending.

Executed on March 11, 2021.

_____
Monique Line-Luse
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
mlinluse@naacpldf.org

*Applicant Attorney for Plaintiffs*