**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHIGAN WELFARE RIGHTS
ORGANIZATION, et al.,

                Plaintiffs,

v.                                             Case No. 1:20-cv-03388-EGS

DONALD J. TRUMP, et al.,

                Defendants.

## PROPOSED ORDER

Having reviewed Plaintiffs' Motion for Admission of Attorney Monique N. Lin-Luse *Pro Hac Vice* as counsel for Plaintiffs in the above captioned case, the application is hereby **GRANTED**.

SO ORDERED.

This _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

1