AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al., *Plaintiff* v. DONALD J. TRUMP, et al. *Defendant* | Case No. 1:20-cv-03388-EGS |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MI. WELFARE RIGHTS ORG., TEASHA JONES, NICOLE HILL, MAUREEN TAYLOR, and NAACP.

Date: 04/06/2021

*Attorney's signature*

Monique Lin-Luse 5671920
*Printed name and bar number*

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
*Address*

mlinluse@naacpldf.org
*E-mail address*

(212) 965-2200
*Telephone number*

(212) 226-7592
*FAX number*