AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03388-EGS |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MI. WELFARE RIGHTS ORG., TEASHA JONES, NICOLE HILL, MAUREEN TAYLOR, and NAACP.

Date: 04/06/2021

*Attorney's signature*

Janai S. Nelson 2851301
*Printed name and bar number*

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
*Address*

jnelson@naacpldf.org
*E-mail address*

(212) 965-2200
*Telephone number*

(212) 226-7592
*FAX number*