AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Michigan Welfare Rights Organization, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-03388-EGS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Michigan Welfare Rights Organization, NAACP, Maureen Taylor, Nicole Hill, and Teasha K. Jones   .

Date:   04/07/2021                                        William L. Von Hoene
                                                                                                    *Attorney's signature*

                                                    William L. Von Hoene, D.D.C. Bar No. IL0077
                                                                                    *Printed name and bar number*
                                                                                    Jenner & Block LLP
                                                                                    353 N. Clark Street
                                                                                    Chicago, IL 60654

                                                                                        *Address*

                                                                                    wvonhoene@jenner.com
                                                                                        *E-mail address*

                                                                                    (312) 840-7390
                                                                                        *Telephone number*

                                                                                    (312) 527-0484
                                                                                        *FAX number*