UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

## MOTION FOR ADMISSION OF
## ATTORNEY STEPHEN L. ASCHER P*RO HAC VICE*

Pursuant to Civil Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, attorney Jason Bradford, a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Stephen L. Ascher to participate *pro hac vice* as co-counsel for Plaintiffs in the above-captioned action. Attached as Exhibit A is the Declaration of Stephen L. Ascher in Support of the Motion for *Pro Hac Vice* Admission.

WHEREFORE, Plaintiffs, by their attorney, Jason Bradford, respectfully requests that this Court grant Stephen L. Ascher permission to appear and practice *pro hac vice* on behalf of Plaintiffs.

**[INTENTIONALLY LEFT BLANK]**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 7, 2021 | /s/ Jason Bradford |

                                                Respectfully submitted,

Dated: April 7, 2021               /s/ Jason Bradford
                                            Jason Bradford
                                            D.C. Bar No. IL0073
                                            Jenner & Block LLP
                                            353 N. Clark
                                            Chicago, IL 60654
                                            Telephone: (312) 840-7225
                                            Fax: (312) 840-7325
                                            jbradford@jenner.com

                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2021, the foregoing Motion for Admission of Attorney Stephen L. Ascher *Pro Hac Vice*, Declaration of Stephen L. Ascher in Support of this Motion, and the appended Proposed Order will be filed with the Court's electronic filing system.

Dated: April 7, 2021                                        Respectfully submitted,

/s/ Jason Bradford
Jason Bradford
D.C. Bar No. IL0073
Jenner & Block LLP
353 N. Clark
Chicago, IL 60654
Telephone: (312) 840-7225
Fax: (312) 840-7325
jbradford@jenner.com

*Counsel for Plaintiffs*