**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHIGAN WELFARE RIGHTS
ORGANIZATION, *et al.,*

        *Plaintiffs,*

        v.

DONALD J. TRUMP, *et al.*,

        *Defendants.*

Case No. 1:20-cv-03388-EGS

**DECLARATION OF STEPHEN L. ASCHER IN SUPPORT OF**
**THE MOTION FOR PRO HAC VICE ADMISSION**

I, Stephen L. Ascher, hereby declare as follows:

1.  My full name is Stephen Louis Ascher.

2.  I am a Partner at the law firm of Jenner & Block LLP.  My office address and

    telephone number are as follows:

    Jenner & Block LLP
    919 Third Avenue
    New York, NY 10022
    (212) 891-1670

3.  I am a member of the bar of the State of New York.

4.  I have not been disciplined by any state or federal bar and there are no disciplinary

    proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have not applied for admission *pro hac vice* with this court within the past two

    years.

6.  I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2021.

Stephen L. Ascher
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
(212) 891-1670
sascher@jenner.com