UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

### **[PROPOSED] ORDER**

Having reviewed Plaintiffs' Motion for Admission of Attorney Stephen L. Ascher *Pro Hac Vice* as counsel for Plaintiffs in the above captioned case, the application is hereby **GRANTED**.

SO ORDERED.

This _____ day of _____, 2021.

_____
United States District Court Judge