UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

### [PROPOSED] ORDER

Upon consideration of Defendant RNC's motion to dismiss and of Defendants Donald J. Trump and Donald J. Trump for President, Inc.'s motion to dismiss, Plaintiffs' opposition to those motions, all accompanying memoranda, any additional briefing, and any oral argument upon the motion, it is hereby ORDERED that Defendants' motions are DENIED.

IT IS SO ORDERED.


Dated: _____         _____
                                     The Honorable Emmet G. Sullivan
                                     United States District Judge
                                     for the District of Columbia

**Attorneys Entitled to Be Notified of Entry of [Proposed] Order**

Jesse R. Binnall
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Email: jesse@binnall.com

Tyler R. Green
Cameron Thomas Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Email: tyler@consovoymccarthy.com
Email: cam@consovoymccarthy.com

Harmeet Dhillon
Mark Meuser
DHILLON LAW GROUP INC
177 Post St., Suite #700
San Francisco, CA 94108
Email: harmeet@dhillonlaw.com
Email: mmeuser@dhillonlaw.com

Jason Bradford
William Von Hoene
Jonathan Enfield
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Email: jbradford@jenner.com
Email: jenfield@jenner.com
Email: wvonhoene@jenner.com

Samuel Spital
Janai S. Nelson
Monique N. Lin-Luse
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Email: sspital@naacpldf.org
Email: jnelson@naacpldf.org
Email: mlinluse@naacpldf.org