IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) No. 1:20-cv-3388-EGS<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| *Defendants*. | )<br>) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS

Defendants Donald J. Trump, Donald J. Trump for President, Inc., and the Republican National Committee ("RNC"), respectfully move the Court to extend their deadline to file replies in support of their motions to dismiss to and including April 21, 2021.

This Court granted Defendants' request for a 23-day extension to answer or otherwise respond to Plaintiffs' Amended Complaint. Minute Order (Jan. 19, 2021). Defendants' filed motions to dismiss on February 24, 2021. Docs. 24 & 25. Thereafter, this Court granted Plaintiffs' motion for a 28-day extension of time to respond to Defendants' motions to dismiss. Minute Order (Mar. 5, 2021). Plaintiffs filed their response to Defendants' motions to dismiss on April 7, 2021. Doc. 35. Thus, Defendants' current deadline for filing replies in support of their motions to dismiss is April 14, 2021.

Good cause exists to grant the relief requested. Given the existing schedule and court commitments of counsel for Defendants, a seven-day extension will ensure that counsel can diligently review the extensive briefing in this case and reply clearly and concisely. This is Defendants' first requested extension of the reply brief deadline. An extension of time until April

21, 2021, will not impede or delay the litigation, and no party will be prejudiced by the extension.

In accordance with Local Rule 7(m), Defendants have conferred with counsel for Plaintiffs regarding this requested extension of time. Plaintiffs have stated that they do not oppose the requested extension.

For the foregoing reasons, Defendants respectfully ask the Court to extend their deadline to file reply briefs in support of their respective motions to dismiss to and including April 21, 2021.

Dated:  April 8, 2021                                                   Respectfully submitted,

                                                             /s/ Tyler R. Green
                                                            Tyler R. Green (982312)

| | |
|---|---|
| Jesse R. Binnall | Cameron T. Norris (VA083) |
| BINNALL LAW GROUP PLLC | CONSOVOY MCCARTHY PLLC |
| 717 King Street, Ste. 200 | 1600 Wilson Blvd., Ste. 700 |
| Alexandria, VA 22314 | Arlington, VA 22209 |
| (703) 888-1943 | (703) 243-9423 |
| jesse@binnall.com | tyler@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | |
| *Attorney for Defendants Donald J. Trump and Donald J. Trump for President, Inc.* | Harmeet K. Dhillon |
| | Mark P. Meuser |
| | DHILLON LAW GROUP INC. |
| | 177 Post Street, Ste. 700 |
| | San Francisco, CA 94108 |
| | (415) 433-1700 |
| | harmeet@dhillonlaw.com |
| | mmeuser@dhillonlaw.com |
| | |
| | *Attorneys for Defendant Republican National Committee* |

CERTIFICATE OF SERVICE

I certify that on April 8, 2021, I electronically filed the foregoing Motion for Extension of Time and Proposed Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: April 8, 2021  /s/ Tyler R. Green
Tyler R. Green
*Attorney for Republican National Committee*