IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:20-cv-3388-EGS |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to file their Replies in Support of their Motions to Dismiss, it is hereby ordered that the motion is GRANTED. Defendants shall have until April 21, 2021, to file their Replies in Support of their Motions to Dismiss.

IT IS SO ORDERED.


Dated: _____                    _____
                                          The Honorable Emmet G. Sullivan
                                          United States District Judge
                                          for the District of Columbia