IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-3388-EGS |

**MOTION FOR PRO HAC VICE
ADMISSION OF PATRICK STRAWBRIDGE**

I am a member in good standing of the bar of this Court. Per LCvR 83.2(d), I ask the Court to allow Patrick Strawbridge to appear pro hac vice as co-counsel for Defendant Republican National Committee. Mr. Strawbridge is familiar with this case and this Court's rules. He meets all the requirements of LCvR 83.2(d), as explained in the attached declaration.

Dated: May 3, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Cameron T. Norris
　　　　　　　　　　　　　　　　　　　Cameron T. Norris (VA083)
　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　1600 Wilson Blvd., Ste. 700
　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　cam@consovoymccarthy.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　*Republican National Committee*