IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>       Defendants. | Case No. 1:20-cv-3388-EGS |

## DECLARATION OF PATRICK STRAWBRIDGE

1. My full name is Patrick Neilson Strawbridge.

2. I am an attorney at Consovoy McCarthy PLLC. My office address is Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109. My telephone number is 617-227-0548.

3. I am a member of the Maine, Connecticut, and Massachusetts bars.

4. I have not been disciplined by any bar.

5. Within the last two years, I have been admitted pro hac vice to this Court four times.

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on May 3, 2021.

                         */s/ Patrick Strawbridge*