**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| MICHIGAN  WELFARE  RIGHTS ORGANIZATION, *et al.* |
| Plaintiffs, |
| v. |
| DONALD J. TRUMP, *et al.*, |
| Defendants. |

Civ. Action No. 20-3388 (EGS)

ORDER

For the reasons stated in the Court's forthcoming

Memorandum Opinion, it is hereby

**ORDERED** that the RNC's Motion to Transfer, ECF No. 21, is

**DENIED**; and it is further

**ORDERED** that the Trump Defendants' Motion to Transfer, ECF

No. 22, is **DENIED**; and it is further

**ORDERED** that the RNC's Motion to Dismiss, ECF No. 24, is

**GRANTED IN PART AND HELD IN ABEYANCE IN PART**; and it is further

**ORDERED** that the Trump Defendants' Motion to Dismiss, ECF

No. 25, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**.

     **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 31, 2022**