# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, 23 E. Adams Street, 4th Floor Detroit, MI 48226; | Case No. 1:20-cv-03388-EGS |

MICHIGAN WELFARE RIGHTS
ORGANIZATION,
23 E. Adams Street, 4th Floor
Detroit, MI 48226;

NAACP,
4805 Mt. Hope Drive
Baltimore, MD 21215;

MAUREEN TAYLOR,
c/o NAACP Legal Defense &
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006;

NICOLE L. HILL,
c/o NAACP Legal Defense &
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006;

and TEASHA K. JONES,
c/o NAACP Legal Defense &
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006,

                    *Plaintiffs*,

v.

DONALD J. TRUMP,
President of the United States, in his
personal capacity,
1600 Pennsylvania Ave., NW
Washington, DC 20500;

DONALD J. TRUMP FOR
PRESIDENT, INC.,
725 5th Ave.
New York, NY 10022;

Case No. 1:20-cv-03388-EGS

**[Caption Continued]**

1

and REPUBLICAN NATIONAL
COMMITTEE
310 First Street SE
Washington, D.C. 20003,

                        *Defendants.*

**SECOND AMENDED COMPLAINT**
**FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

1.      In the aftermath of his loss in the 2020 presidential election, **former** President Donald J. Trump, in his personal capacity, and Donald J. Trump for President, Inc. ("Trump Campaign") sought to overturn the result of the election by disenfranchising voters, in particular voters of color in several major metropolitan areas. **Former** President Trump and the Trump Campaign did this by attempting to slow and stop vote counting efforts in tightly contested states; by pressuring state and local election officials not to certify election results, as required by law, or to take other measures to overturn the will of the voters; ~~and~~ by raising baseless challenges to the validity of ballots**; and, on January 6, 2021, by inciting followers to use violence and the threat of violence in and around the United States Capitol building to disrupt the Congress' certification of the states' electoral votes**. **Former President Trump's and the Trump Campaign's efforts to undermine the 2020 election have not stopped, and they are planning to take similar steps to interfere in upcoming elections.** Although the Defendants' actions ~~were~~ **thus far have been** unsuccessful **in overturning election results**, they were **and are** designed to disenfranchise hundreds of thousands of voters, including the individual Plaintiffs and the Organizational Plaintiffs' members and constituents**, and they stand a real chance of doing so unless Defendants are stopped**.

2

2.      The Republican National Committee ("RNC") **has** aligned itself with, and contributed to, this effort. Throughout the 2020 election process, the RNC closely coordinated with the Trump Campaign, notably through the "Trump Victory" project, a joint endeavor of the RNC and the Trump Campaign. In the aftermath of ~~outgoing~~ **former** President Trump's loss, the RNC—and state Republican parties whose activities it oversees—endorsed and amplified baseless allegations of voter fraud and intimidating messages about a stolen election and "taking the country back," and sought to block the certification of election results in key states. **In February 2022, the RNC censured two Republican representatives for participating in a House investigation of the January 6, 2021 insurrection, and the RNC chair characterized investigating that violent and bloody insurrection, which has resulted in multiple criminal convictions, as an attempt to punish "legitimate political discourse."**

3.      Defendants' efforts to disenfranchise hundreds of thousands of voters—targeting cities with large Black populations, including Detroit, Michigan, Milwaukee, Wisconsin, Philadelphia, Pennsylvania, and Atlanta, Georgia—repeat the worst abuses in our nation's history, where Black Americans were denied a voice in American democracy for most of the first two centuries of the Republic.

4.      No more. The Voting Rights Act of 1965 ("VRA") **and the Ku Klux Klan Act** flatly ~~prohibits~~ **prohibit** Defendants' efforts to disenfranchise voters. ~~The~~ Defendants' efforts to disenfranchise predominantly Black communities are an assault on the fabric of our Republic. They must stop.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 because this matter involves federal questions under the Voting Rights Act and the Ku Klux Klan Act, and because Plaintiffs seek injunctive relief to protect the right to vote.

6.     Venue is proper in this district because a substantial part of the acts or omissions giving rise to the claim occurred in this judicial district. 28 U.S.C. § 1391(b)(2).

## PARTIES

7.     Plaintiff Michigan Welfare Rights Organization ("MWRO") is a state chapter of the National Welfare Rights Union that advocates for public assistance recipients and low-income people. MWRO encourages community involvement and grassroots organizing to improve the status of voters and conducts voter engagement efforts targeted at low-income voters of color throughout the state of Michigan. MWRO has Black members who reside in Detroit in Wayne County, Michigan, voted in the November 2020 election, and cast a ballot for President. Defendants have sought to prevent the complete counting and certification of validly cast ballots for President in Wayne County, and thereby sought to disenfranchise and disregard the lawfully cast votes of the members of MWRO.

8.     Plaintiff Maureen Taylor is a Black resident of Detroit in Wayne County, Michigan. Plaintiff Taylor, who is over eighteen years old, voted in the November 2020 election and cast a ballot for President. Defendants have sought to prevent the complete counting and certification of validly cast ballots for President in Wayne County and thereby sought to disenfranchise and disregard the lawfully cast votes of Plaintiff Taylor and other voters.

9.     Plaintiff Nicole L. Hill is a Black resident of Detroit, Michigan. Plaintiff Hill, who is over eighteen years old, voted in the November 2020 election and cast a ballot for President.

4

Defendants have sought to prevent the complete counting and certification of validly cast ballots for President in Wayne County and thereby sought to disenfranchise and disregard the lawfully cast votes of Plaintiff Hill and other voters.

10.     Plaintiff Teasha K. Jones is a Black resident of Detroit, Michigan. Plaintiff Jones, who is over eighteen years old, voted in the November 2020 election and cast a ballot for President. Defendants have sought to prevent the complete counting and certification of validly cast ballots for President in Wayne County and thereby sought to disenfranchise and disregard the lawfully cast votes of Plaintiff Jones and other voters.

11.     Plaintiff NAACP is the nation's largest and oldest civil rights grassroots organization. Since its founding in 1909, the mission of the NAACP has been to ensure the political, educational, social, and economic equality of all persons and to eliminate race-based discrimination. The NAACP has fought in the courts for decades to protect the constitutional guarantee of equal protection under law. To advance its mission, the NAACP has brought landmark civil rights cases over its ~~111-year~~ **113-year** history and continues to do so. The NAACP also has filed numerous amicus briefs in cases that significantly impact people of color.

12.     The NAACP has state and ~~local~~ **regional** conferences ~~or chapters~~ representing 48 states, **thousands of local units,** and it has ~~over 220,000~~ **several hundreds of thousands of** members nationwide. The NAACP has members across the country who voted in the 2020 election and who plan to vote in future elections, including in Michigan, Wisconsin, Pennsylvania, Georgia, Arizona, and Nevada. Defendants have sought to prevent the complete counting and certification of validly cast ballots for President by Plaintiff NAACP's members and thereby sought to disenfranchise and disregard the lawfully cast votes of Plaintiff NAACP's members and other similarly situated voters.

13.     Defendant Donald J. Trump is the ~~outgoing~~ **former** President of the United States, who unsuccessfully sought a second term during the November 2020 presidential campaign. He is sued in his personal capacity because the acts in question relate to his candidacy for a second term, not to his official duties as President.

14.     Defendant Donald J. Trump for President, Inc., is the campaign committee that unsuccessfully sought to re-elect **former** President Trump **in the November 2020 presidential election**.

15.     The Republican National Committee is a political committee responsible for developing, promoting, and implementing the Republican political platform, and for coordinating fundraising and election strategy. As alleged more fully below, the RNC worked hand-in-hand with Donald Trump and the Trump Campaign's efforts in the November 2020 election, including with respect to the acts alleged in this Complaint.

16.     The RNC is responsible for the general management of the Republican Party and oversees the activities of Republican state committees. State committee chairs are members of the RNC.

17.     As discussed in detail below, Defendants **have** acted in concert and violated the VRA **and the Ku Klux Klan Act** while taking actions that directly put pressure on election officials and volunteers, and encouraged their own volunteers and supporters, acting as their agents, to do the same, in an effort to disenfranchise voters in predominantly Black cities.

## RELEVANT STATUTES

18.     Section 11(b) of the Voting Rights Act ("Section 11(b)") provides that: "No person, whether acting under color of law or otherwise, shall intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for voting or attempting to vote, or intimidate, threaten,

or coerce, or attempt to intimidate, threaten, or coerce any person for urging or aiding any person to vote or attempt to vote[.]" 52 U.S.C. § 10307(b). "Voting" is defined by the VRA as "all action necessary to make a vote effective in any . . . election, including, but not limited to registration, casting a ballot, . . . and having such ballot counted properly and included in the appropriate totals of votes cast with respect to candidates for public or party office and propositions for which votes are received in an election." 52 U.S.C. § 10310(c)(1).

19.     The Ku Klux Klan Act prohibits persons from conspiring to deny "either directly or indirectly, any person or class of persons of the equal protection of the laws," to "prevent[] or hinder[] the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws," or "to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President . . . of the United States." 42 U.S.C. § 1985(3).

### FACTS

20.     In violation of these statutory provisions, Defendants have attempted to undermine confidence in the vote and to disenfranchise voters. Under the specter of preventing "fraud," Defendants **have** engaged in a conspiracy, executed through a coordinated effort, to disenfranchise voters by **, among other means,** disrupting vote counting efforts, lodging groundless challenges during recounts, and attempting to block certification of election results through intimidation and coercion of election officials and volunteers. These systematic efforts – violations of the VRA and the Ku Klux Klan Act – have largely been directed at major metropolitan areas with large Black voter populations. These include Detroit, Milwaukee, Atlanta, Philadelphia, and others. Defendants have not directed these efforts at predominantly white areas.

7

**Defendants Have Violated The Voting Rights Act And the Ku Klux Klan Act By Intimidating Election Officials And Vote Tabulators While They Counted Votes**

21.     At approximately 2:30 a.m. on November 4, 2020, as ballot counting was still underway in key states and trending in favor of then-President-Elect Joseph Biden, **former** President Trump falsely declared that he had won the presidential election, insisting that: "This is a fraud on the American public. This is an embarrassment to our country." As explained in a news account: "Trump's election night claim of victory . . . . ha[d] been months in the making. As Trump has trailed Biden in polls, he has sought to undermine faith in the multiday process of vote tallying, and to lay the groundwork for insisting that the only valid election results were those tallied on election night."[1]

22.     Defendants **have** engaged in an aggressive media campaign intended to undermine the validity of the voting process, to disqualify legally cast ballots, and to shake the public's confidence in the election results, by claiming election results that did not favor **former** President Trump were fraudulent. Through their messaging to volunteers, supporters, and the American people, they attempted to intimidate election officials and tabulators into delaying and outright stopping vote counts, and thereby disenfranchise voters **and even well after the November 2020 presidential election have continued to pressure election officials to overturn the election results**.

23.     For example, **former** President Trump **has** made numerous false public statements claiming that President-~~Elect~~ Biden's victories in various battleground states (the result of ballots counted late on election night or in the days after November 3) proved the election was being "stolen" and damage had been done to the democratic process.   As set forth below, the RNC and

_____

[1] *https://www.cnbc.com/2020/11/04/trump-tries-to-claim-victory-even-as-ballots-are-being-counted-in-several-states-nbc-has-not-made-a-call.html.*

its members made similar false claims. Defendants also aggressively argued that mail-in ballots received after polls closed should not be counted, notwithstanding state-specific election rules and court orders that required states to count ballots received after polls closed. On November 15, 2020, **former** President Trump tweeted: "I WON THE ELECTION!"[2] Three days later, on November 18, 2020, he tweeted: "This was a rigged election. No Republican Poll Watchers allowed, voting machine 'glitches' all over the place (meaning they got caught cheating!), voting after election ended, and so much more!"[3] The following quotes, which come directly from **former** President Trump, are evidence of this campaign to disenfranchise voters and to undermine voter confidence:

    a.   "Frankly, we did win this election. So now our goal is to ensure the integrity, for the good of this nation . . . This is a major fraud on our nation."

    b.   "The damage has already been done[.]"

    c.   "ANY VOTE THAT CAME IN AFTER ELECTION DAY WILL NOT BE COUNTED!"

    d.   "IF YOU COUNT THE LEGAL VOTES, I EASILY WIN THE ELECTION! IF YOU COUNT THE ILLEGAL AND LATE VOTES, THEY CAN STEAL THE ELECTION FROM US!"[4]

24.    **Former** President Trump pushed this messaging well into the weeks following the election. For example, on Wednesday, November 18**, 2020**, he falsely stated that "[i]n Detroit, there are FAR MORE VOTES THAN PEOPLE. Nothing can be done to cure that giant scam. I win Michigan!"[5] On November 11**, 2020**, he attacked Republican Philadelphia City Commissioner

---

[2] *https://twitter.com/realDonaldTrump/status/1328200072987893762.*
[3] *https://twitter.com/realdonaldtrump/status/1329064787142172673?lang=en.*
[4] *https://www.washingtonpost.com/politics/2020/11/05/president-trumps-false-claims-vote-fraud-chronology/.*
[5] *https://www.nbcnews.com/politics/2020-election/fact-check-trump-s-bogus-claim-more-votes-detroit-people-n1248121.*

Al Schmidt, falsely asserting that the election in Philadelphia was characterized by a "mountain of corruption & dishonesty. We win!"[6] And his campaign promoted a false story about a woman voting fraudulently near Atlanta.[7]

**25. RNC Chairwoman Ronna McDaniel amplified these statements, publicly questioning the integrity of the Michigan election results and alleging misconduct by Detroit election officials.[8] The RNC sent its supporters hundreds of emails after the election that included false claims about the election until their email marketing firm determined such claims increased "a risk of politically incited violence across the country." [9]**

**26.** 25.These and subsequent public statements and actions by Defendants encouraged their volunteers and supporters to interfere with vote counts through harassment and intimidation.

**27.** 26.In Wisconsin, for example, the Trump Campaign initiated a recount after learning that President Elect Biden defeated **former** President Trump by more than 20,000 votes. The recount was not statewide; the Trump Campaign-initiated recount was limited to the two counties in Wisconsin with the largest percentage of Black voters, covering the cities of Milwaukee and Madison. The Trump Campaign did not identify any neutral justification for targeting its recount request at only those two counties.

---

[6] *https://twitter.com/realdonaldtrump/status/1326525851752656898;*
*https://apnews.com/article/joe-biden-donald-trump-politics-virus-outbreak-campaigns-22665ea3884c47f883b416e4bd03bf54.*
[7] *See https://www.cnn.com/2020/11/18/politics/fact-check-georgia-dead-voter-deborah-jean-christiansen/index.html.*
[8] *https://www.michigan.gov/sos/0,4670,7-127-93094-544676--,00.html; https://www.freep.com/story/news/politics/elections/2020/11/06/mcdaniel-claims-election-misconduct-michigan-without-presenting-proof/6185731002/.*
[9] *https://www.cbsnews.com/sanfrancisco/news/salesforce-says-it-has-taken-action-against-rnc-email-campaign-that-falsely-claims-election-fraud/.*

**28.** ~~27.~~Trump Campaign observers at recount sites in Milwaukee engaged in behavior that deliberately interfered with and slowed down recount efforts.

**29.** ~~28.~~Trump Campaign observers encroached on physical spaces of vote tabulators to observe the count and made verbal comments pressuring vote tabulators. One **supporter of former** President Trump ~~supporter~~leaned over observer boundaries and, upon a warning from a vote tabulator, said "I know you don't want us to see the ballots . . . You think we'll find something."~~8~~**10** Other observers supporting **former** President Trump broke observation rules by frequently interrupting vote counters, sometimes with harassing questions and comments.~~9~~**11**

**30.** ~~29.~~Some Trump Campaign observers engaged in other deliberate actions to delay the recount by separately challenging every single ballot at a particular recount table.~~10~~**12** As further examples of bad-faith conduct, Trump Campaign observers also baselessly challenged absentee ballots that tabulators folded in order to put them in envelopes and sought to disqualify mail-in ballots where official stickers had become unstuck, even though such challenges are clearly improper under Wisconsin law.~~11~~**13**

**31.** ~~30.~~Some Trump Campaign observers went even further in their attempts to interfere with the vote count through pressure and intimidation by becoming physically aggressive with election volunteers. During the Milwaukee recount, for example, one Trump Campaign observer had to be escorted from the recount site after pushing an election official.~~12~~**14** This physical

---

~~8~~**10** *https://apnews.com/article/donald-trump-challenges-wisconsin-tally-6f5b29d61b95754b0b5f311640136149.*

~~9~~**11** *https://apnews.com/article/election-2020-joe-biden-donald-trump-wisconsin-elections-dcb7da95578fc7289122c6d372575a9b.*

~~10~~**12** *https://apnews.com/article/donald-trump-challenges-wisconsin-tally-6f5b29d61b95754b0b5f311640136149.*

~~11~~**13** *Id.*

~~12~~**14** *Id.*

aggression, similar to the encroachment on observer boundaries and rules, either attempted to intimidate or resulted in intimidation of election officials and volunteers.

**32.** ~~31.~~Rohn Bishop, the chairperson of the Republican Party of Fond du Lac County Wisconsin, acknowledged that the "GOP strategy" in Wisconsin post-election was to disenfranchise voters: "I've pushed back against Dem claims that we Repubs were trying to disenfranchise people. Now here we are, trying to disenfranchise people."~~13~~15

**33.** ~~32.~~In other instances, supporters of **former** President Trump, encouraged by Defendants' rhetoric and calls to action, threatened violence against election officials and volunteers. For example, during Georgia's recount efforts, supporters of **former** President Trump paraded past the Georgia Secretary of State's personal residence and reportedly directed sexually explicit threats to the Secretary's wife.~~14~~16 On information and belief, Trump Campaign supporters also threatened a Georgia election technician with a noose.~~15~~17 Similarly, after Wisconsin Supreme Court Justice Brian Hagedorn ruled against the Trump Campaign in several lawsuits, Trump Campaign supporters have sent him threatening and "dark messages" wherein he has been called a "traitor," "liar," and "fraud," and been threatened with being "tried for treason by a military tribunal.~~16~~18

**34.** ~~33.~~On information and belief, election officials and volunteers in other states were also subjected to threats of violence by supporters of **former** President Trump. The Arizona Secretary of State received threats via email, social media, and phone. The Nevada Secretary of

---

~~13~~15 *https://www.newsweek.com/wisconsin-gop-chair-says-republicans-are-trying-disenfranchise-people-amid-post-election-turmoil-1549633.*
~~14~~16 *https://www.npr.org/sections/biden-transition-updates/2020/12/01/940961602/someones-going-to-get-killed-ga-official-blasts-gop-silence-on-election-threats.*
~~15~~17 *Id.*
~~16~~18 *https://www.nytimes.com/2020/12/20/us/politics/wisconsin-justice-brian-hagedorn.html.*

State's office received a voicemail that said, in part, "You guys are f*****g dead." In Michigan, a **supporter of former** President Trump ~~supporter~~ interrupted a Zoom meeting and threatened to rape election officials' mothers.[~~17~~19]   Armed Trump supporters also gathered outside of the Michigan Secretary of State Jocelyn Benson's home at night.[~~18~~20]

**35.     The onslaught of threats and intimidation directed at election officials following the 2020 presidential election has led to an exodus of election officials as they retire early or simply quit.[21]   A recent poll of election officials revealed that nearly two-thirds of election officials are worried about political leaders' interfering with how they do their jobs in future elections, and nearly one in five fear that they will face pressure to certify election results in favor of a specific candidate or party.[22]**

**36.     Given Defendants' ongoing conduct, those fears are well-founded.  One in six election officials has experienced threats because of their job.[23]   In this fraught and dangerous climate, twenty percent of election officials polled plan to leave before the 2024 election, in large part due to political leaders' attacks.[24]   Thirty percent of officials know of**

---

[~~17~~19] *https://www.nbcnews.com/politics/elections/has-stop-harassed-threatened-gop-election-officials-urge-party-leaders-n1249769.*

[~~18~~20] *https://www.metrotimes.com/news-hits/archives/2020/12/07/armed-trump-supporters-swarmed-michigan-secretary-of-states-house-at-night.*

[21] *https://apnews.com/article/election-officials-retire-trump-2020-threats-misinformation-3b810d8b3b3adee2ca409689788b863f.*

[22] *https://www.brennancenter.org/our-work/analysis-opinion/attacks-against-election-officials-are-taking-toll.*

[23] *Brennan Ctr. for Justice, Local Election Officials Survey (March 2022), at 6, available at https://www.brennancenter.org/our-work/research-reports/local-election-officials-survey-march-2022.*

[24] *https://www.brennancenter.org/our-work/analysis-opinion/attacks-against-election-officials-are-taking-toll.*

**one or more election workers who already have left their jobs because of fear for their safety, increased threats, or intimidation.[25]**

**37.** ~~34.~~The inappropriate pressure, physical aggression, and explicit threats of violence that Defendants' volunteers and supporters **have** directed to election officials, volunteers, and judges during **and after** recounts—which were foreseeable results of the Defendants' actions—were intimidating and coercive, all in an attempt to disqualify legally cast ballots and to prevent them from being counted.

### Defendants Violated The Voting Rights Act And the Ku Klux Klan Act By Attempting To Stop Vote Certification Through Intimidation and Coercion

**38.** ~~35.~~After all the ballots were counted and a clear winner had been determined, Defendants also actively called for officials to halt certification of election results in certain states. Apart from public calls for delaying certification, Defendants directly contacted election officials to delay certification. The most egregious example of this occurred in in Wayne County, Michigan (the county in which Detroit is located).

**39.** ~~36.~~President ~~Elect~~ Joseph Biden carried the State of Michigan by over 150,000 votes, winning 2,804,040 votes (50.62%) compared to 2,649,852 votes for **former** President Trump (47.84%).[~~19~~26] In Wayne County, President ~~Elect Joseph~~ Biden won 597,170 votes compared to 264,553 votes for **former** President Trump.[~~20~~27] That included a margin of over 200,000 votes in Detroit, Michigan.[~~21~~28]

**40.** ~~37.~~Because **former** President Trump lost the popular vote in Michigan and other states that were necessary for a majority of the electoral college, Defendants worked to block

---

[25] **Brennan Ctr. for Justice, Local Election Officials Survey at 19.**
[~~19~~26] *See https://mielections.us/election/results/2020GEN_CENR.html* (last visited Dec. 21, 2020).
[~~20~~27] *See https://www.waynecounty.com/elected/clerk/election-results.aspx.*
[~~21~~28] *https://detroitmi.gov/webapp/election-results.*

certification of the results on the (legally incorrect) theory that blocking certification would allow state legislatures to override the will of the voters and choose the Trump Campaign's slate of electors.**22**29

**41.** ~~38.~~On November 19, 2020, **former** President Trump's personal lawyer, Rudy Giuliani, and others held a press conference at the RNC headquarters in Washington, D.C., where they repeated false allegations of fraud and openly discussed their strategy of disenfranchising voters in Detroit and Wayne County. At that press conference, Mr. Giuliani asserted without evidence that the Trump campaign had identified 300,000 "illegitimate ballots," and stated: "These ballots were all cast basically in Detroit that Biden won 80-20," and "it changes the result of the election in Michigan, if you take out Wayne County."**23**30 Mr. Giuliani also focused on allegations made by Detroit poll challengers seeking to stop the certification of Wayne County's election results, even though Wayne County Circuit Judge Timothy Kenny had already rejected the plaintiffs' "interpretation of events" in that case as "incorrect and not credible."**24**31

**42.** ~~39.~~**Former** President Trump announced Mr. Giuliani's press conference in advance on Twitter, stating: "Important News Conference today by lawyers on a very clear and viable path to victory. Pieces are very nicely falling into place. RNC at 12:00 P.M."**25**32 In another tweet prior to the press conference, **former** President Trump falsely asserted: "Voter Fraud in Detroit is rampant, and has been for many years!"**26**33

---

**22**29 *See, e.g.*, *https://www.reuters.com/article/us-usa-election-trump-strategy/trumps-election-power-play-persuade-republican-legislators-to-do-what-u-s-voters-did-not-idUSKBN27Z30G; https://www.wsj.com/articles/what-is-trumps-legal-strategy-try-to-block-certification-of-biden-victory-in-states-11605138852.*

**23**30 *https://www.detroitnews.com/story/news/politics/2020/11/19/rudy-giuliani-targets-wayne-county-raising-claims-judge-found-not-credible/6341765002/.*

**24**31 *Id.*

**25**32 *https://twitter.com/realDonaldTrump/status/1329408856733184008.*

**26**33 *https://twitter.com/realDonaldTrump/status/1329405682706247683.*

**43.** ~~40.~~The RNC then retweeted a clip of the press conference on its official Twitter feed. Specifically, the RNC retweeted a clip of a portion of remarks by Sidney Powell, then-identified as a Trump Campaign lawyer, asserting that the 2020 election had involved "the most unpatriotic acts I can even imagine for people in this country to have participated in, in any way, shape or form," and that: "I want the American public to know right now that we will not be intimidated. American patriots are fed up with the corruption from the local level, to the highest level of our government. And we are going to take this country back . . . [A]nd, we are going to reclaim the United States of America for the people who vote for freedom."[~~27~~34]

**44.**      ~~41.~~Despite the overwhelming margin of President ~~Elect~~ Joseph Biden's victory in Wayne County, and in Michigan as a whole, and the absence of any evidence of voter fraud, when the Wayne County Board of Canvassers initially met to certify the County's election results on November 17, they initially deadlocked 2-2.

**45.**      ~~42.~~In declining to certify, the two Republican members of the canvassing board pointed to concerns about minor discrepancies in which the number of voters who signed into poll books did not match the number of ballots. But those minor discrepancies (which affected roughly 400 ballots out of the hundreds of thousands cast in Wayne County) are common and provide no basis for declining to certify election results. Indeed, the same Board certified the results of the 2016 presidential election and August primary notwithstanding similar discrepancies.[~~28~~35] As explained by the office of Michigan's Secretary of State: such discrepancies are "common in Michigan and across the nation," and "[t]here are many reasons why this can occur: for example,

---

[~~27~~34] *https://twitter.com/gop/status/1329490975266398210?lang=en.*
[~~28~~35] *See https://www.detroitnews.com/story/news/politics/2020/11/17/wayne-county-canvassers-deadlock-certifying-november-3-election-results/6324274002/.*

a voter being checked in at the right polling place but the wrong precinct, or a voter checking in but leaving with their ballot if the line was long."[29][36]

**46.**   ~~43.~~During the meeting, one of the Republican canvassers said she would be open to certifying the rest of Wayne County (which is predominately white) but not Detroit (which is predominately Black), even though those other areas of Wayne County had similar discrepancies and in at least one predominantly white city, Livonia, the discrepancies were more significant than those in Detroit.[30][37]

**47.**   ~~44.~~After the 2-2 vote was reported, **former** President Trump tweeted a message stating: "Wow! Michigan just refused to certify the election results! Having courage is a beautiful thing. The USA stands proud!"[31][38] And the Michigan Republican Party Chairwoman, Laura Cox, issued a statement saying: "I am proud that, due to the efforts of the Michigan Republican Party, the Republican National Committee and the Trump Campaign, enough evidence of irregularities and potential voter fraud was uncovered resulting in the Wayne County Board of Canvassers refusing to certify their election results."[32][39]

**48.   RNC Chairwoman McDaniel amplified these statements, publicly questioning the integrity of the Michigan election results and of Detroit election officials without providing any evidence to support those claims.[40]**

---

[29][36] *https://www.bridgemi.com/michigan-government/gop-canvassers-want-do-over-wayne-county-results-too-late-experts-say.*

[30][37] *See https://www.freep.com/story/news/local/ michigan/wayne/2020/11/19/wayne-canvassing-board-monica-palmer-william-hartmann/3770140001/.*

[31][38] *https://www.detroitnews.com/story/news/politics/2020/11/17/wayne-county-canvassers-deadlock-certifying-november-3-election-results/6324274002/.*

[32][39] *https://www.freep.com/story/news/local/michigan/wayne/2020/11/19/wayne-canvassing-board-monica-palmer-william-hartmann/3770140001/.*

[40] *https://www.michigan.gov/sos/0,4670,7-127-93094-544676--,00.html; https://www.freep.com/story/news/politics/elections/2020/11/06/mcdaniel-claims-election-misconduct-michigan-without-presenting-proof/6185731002/.*

**49.** ~~45.~~However, after widespread public outcry during the meeting, the two Republican canvassers on the Wayne County Board of Canvassers reversed course and voted to certify the results later that evening.**[41]**

**50.** ~~46.~~Following the meeting of the Wayne County Board, **former** President Trump personally called both Republican canvassers.**[42]** After speaking with **former** President Trump, the two canvassers provided affidavits to the Trump Campaign in a suit that it had filed in the Western District of Michigan.**[43]**

**51.** ~~47.~~In those affidavits, the canvassers stated that, despite their votes to certify, they were opposed to certifying the Wayne County results. There was no mechanism under state law for them to rescind those votes after the results were certified. Nonetheless, the Trump Campaign filed a notice to withdraw its federal suit, relying on the affidavits and falsely asserting: "The Wayne County board of canvassers met and declined to certify the results of the presidential election." *Donald J. Trump for President v. Benson*, 1:20-cv-01083 (W.D. Mich.), ECF No. 33 & Exs. A, B. In fact, as discussed, the Wayne County Board of Canvassers did certify the results of the presidential election.

**52.** ~~48.~~**Former** President Trump also summoned Mike Shirkey and Lee Chatfield, the respective leaders of the Michigan State Senate and State House, to meet with him in Washington. Even though a spokeswoman for Senator Shirkey has acknowledged that "Michigan law does not include a provision for the Legislature to directly select electors or to award electors to anyone other than the person who received the most votes," they both accepted that invitation and met

---

[41] *See id.*

[42] *See https://apnews.com/article/trump-allies-try-overturn-biden-victory-29da6aac9cc41e47f3095855e7af7031.*

[43] *Id.*

with him at the White House.**36****44** Lawyers working on **_former_** President Trump's effort to overturn the election results also called in to that meeting.**37****45** On information and belief, **_former_** President Trump, Senator Shirkey, and Representative Chatfield discussed the Michigan election results at that meeting.**38****46**

**53.**     ~~49.~~Ahead of their final certification meeting, the State Board of Canvassers faced tremendous pressure from Republican activists and **_former_** President Trump not to certify the official county results.**39****47** **Former** President Trump himself tweeted on the Wednesday before this meeting: "The Great State of Michigan, with votes being far greater than the number of people who voted, cannot certify the election. The Democrats cheated big time, and got caught. A Republican WIN!"**40****48** Ronna McDaniel and Laura Cox, the respective chairpersons of the RNC and the Michigan Republican Party, sent a letter to the State Board of Canvassers urging them to delay certification to audit Wayne County results.**41****49** As the chairman of the Michigan Republican Party, Laura Cox is a member of the RNC.**42****50**

---

**36****44** *See https://www.nytimes.com/2020/11/19/us/politics/trump-michigan-election.html; https://www.dailypress.net/news/local-news/2020/11/trump-invites-mich-gop-leaders-to-white-house/.*

**37****45** *See https://www.politico.com/news/2020/12/21/trump-pressure-campaign-overturn-election-449486.*

**38****46** *See id.*

**39****47** *See https://patch.com/michigan/across-mi/michigan-gop-canvassers-under-pressure-ignore-votes.*

**40****48** *https://twitter.com/realDonaldTrump/status/1329093126238203905.*

**41****49** *See https://www.migop.org/joint_letter_from_ronna_mcdaniel_and_laura_cox.*

**42****50** *https://prod-cdn.gop.com/media/documents/2016-Republican-Rules-Reformatted2018_1533138132.pdf?_ga=2.149031222.1425528050.1608523646-105743898.1607070929*, at rule no. 1(a).

**54.**    **Former President Trump's campaign team further pressured Michigan officials to give the Trump legal team custody of voting machines used in particular Michigan counties.[51]**

**55.**    ~~50.~~In addition to pressuring Michigan canvassers during the certification process, **former** President Trump reportedly asked aides what officials he could call in other battleground states in his effort to prevent the certification of his loss to President ~~Elect~~ Joseph Biden.~~43~~[52]

**56.**    **A key adviser to Donald Trump's legal team in its efforts to overturn the 2020 presidential election provided January 6 investigators with a written plan titled "STRATEGIC COMMUNICATIONS PLAN - GIULIANI PRESIDENTIAL LEGAL DEFENSE TEAM" that called for organizing "rallies and protests" in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin, including at the homes of "local officials" and secretaries of state.[53] The plan specifically named two Georgia election workers, falsely accusing them of election law violations. After their names were disclosed in this written plan, both workers were threatened and harassed by Trump supporters. One of the workers was forced to flee her home for months after it was surrounded by a mob, and the other had Trump supporters attempt to force their way into her grandmother's home.[54]**

**57.**    ~~51.~~As Republican Senator, and former presidential candidate, Mitt Romney explained on November 19**, 2020**: "Having failed to make even a plausible case of widespread

---

[51] *https://www.washingtonpost.com/investigations/2022/02/09/giuliani-antrim-prosecutor-voting-machines/; https://thehill.com/policy/national-security/593529-michigan-prosecutor-says-giuliani-asked-him-to-get-voting-machines.*

~~43~~[52] *See https://www.nytimes.com/2020/11/19/us/politics/trump-michigan-election.html.*

[53] *https://www.politico.com/news/2021/12/31/kerik-documents-jan-6-committee-526297; https://www.politico.com/f/?id=0000017e-132a-dca7-a1ff-b33b8afd0000.*

[54] *https://www.independent.co.uk/news/world/americas/us-politics/donald-trump-documents-election-harassment-b1985982.html.*

fraud or conspiracy before any court of law, the President has now resorted to overt pressure on state and local officials to subvert the will of the people and overturn the election. It is difficult to imagine a worse, more undemocratic action by a sitting American President."[44][55]

**58.**   52.Yet, **former** President Trump persisted. On November 26, 2020, he publicly referred to Georgia's Secretary of State Brad Raffensperger, whose office presided over the recount of Georgia's election and certified President-Elect Biden's victory there, as "really, really an enemy of the people."[45][56] When Gabriel Sterling, a Republican official in Secretary Raffensperger's office implored the President to stop fostering rhetoric and threats against elections workers on December 1, **2020, former** President Trump responded by doubling down, tweeting: "Rigged Election. Show signatures and envelopes. Expose the massive voter fraud in Georgia. What is Secretary of State and [Georgia Governor] @BrianKempGA afraid of. They know what we'll find!!!"[46][57] On December 5, 2020, **former** President Trump called Governor Kemp, pressuring him to somehow overturn the election result in Georgia.[47][58] After Governor Kemp refused, **former** President Trump amplified a tweet from attorney Lin Wood (who had filed a frivolous federal challenge to Georgia's election results), saying **former** President Trump "gave @BrianKempGA & @GaSecofState every chance to get it right. They refused. They will soon be going to jail."[48][59]

---

[44][55] *https://www.cnn.com/2020/11/19/politics/mitt-romney-ben-sasse-trump/index.html.*
[45][56] *https://www.cbs46.com/news/trump-calls-ga-secretary-of-state-enemy-of-the-people/article_917de492-30c5-11eb-a89b-6f888a101160.html.*
[46][57] *https://www.cbs46.com/news/secy-of-state-raffensperger-backs-aide-as-trump-refuses-to-back-down/article_03a446bc-34a2-11eb-bf4f-e3771e83791c.html.*
[47][58] *https://www.washingtonpost.com/politics/trump-kemp-call-georgia/2020/12/05/fd8d677c-3721-11eb-8d38-6aea1adb3839_story.html.*
[48][59] *https://www.newsweek.com/donald-trump-shares-tweet-georgia-governor-secretary-state-going-jail-1554846.*

59.     On January 2, 2021, former President Trump called Secretary Raffensperger and pressured him to "find 11,780 votes," and threatened him with a "criminal offense" if he declined to do so.[60] Former President Trump and his advisers, including private attorney Cleta Mitchell,[61] specifically urged Raffensperger to advance a baseless claim that hundreds of thousands of ballots mysteriously appeared in Fulton County, which includes Atlanta.[62] Raffensperger has since described that call as a "threat."[63]

60.     Recently released records also show that around the same time, former President Trump placed two calls to Clint Hickman, Chair of the Maricopa County, Arizona Board of Supervisors.[64]   Former President Trump's then-personal lawyer Rudy Giuliani also called Mr. Hickman and three other supervisors on the Maricopa County Board of Supervisors, including to leave a voicemail to Supervisor Bill Gates saying, "Maybe we can get this thing fixed up."[65] Additionally, in text messages sent shortly after the election, Arizona Republican Party Chairwoman and RNC member Dr. Kelli Ward told Mr. Hickman, "We need you to stop the counting."[66]

---

[60] https://www.washingtonpost.com/politics/trump-raffensperger-call-transcript-georgia-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356_story.html; https://apnews.com/article/election-2020-joe-biden-donald-trump-georgia-elections-a7b4aa4d8ce3bf52301ddbe620c6bff6.

[61] https://www.npr.org/2021/01/06/953823383/attorney-on-call-with-trump-and-georgia-officials-resigns-from-law-firm; https://january6th.house.gov/sites/democrats.january6th.house.gov/files/2022-3-1.BGT%20Letter%20to%20Mitchell%20-%20Cover%20Letter%20and%20Schedule_Redacted.pdf.

[62] https://apnews.com/article/election-2020-joe-biden-donald-trump-georgia-elections-a7b4aa4d8ce3bf52301ddbe620c6bff6.

[63] https://apnews.com/article/donald-trump-joe-biden-arts-and-entertainment-elections-georgia-2b27f4c92919556bf654811764869367.

[64] https://www.12news.com/article/news/politics/stop-the-counting-records-show-trump-and-allies-pressured-top-maricopa-county-officials-over-election-results/75-61a93e63-36c4-4137-b65e-d3f8bde846a7.

[65] Id.

[66] Id.

**61.** ~~53.~~Similarly, in the first week of December **2020**, **former** President Trump twice called the speaker of Pennsylvania's House of Representatives, Bryan Cutler, seeking to overturn the result of the election in Pennsylvania.[~~49~~**67**] Speaker Cutler informed **former** President Trump that the Pennsylvania legislature has no authority to overturn the result of the election, but he subsequently joined about 60 Republican lawmakers who sent a letter to Pennsylvania's congressional representatives urging them to object to the state's electors when their votes ~~are~~ **were** counted in Congress on January 6, 2021.[~~50~~**68**]

**62.** **Former President Trump also exerted pressure on the Department of Justice in his attempts to overturn the election results. Former President Trump made near-daily outreach to former Acting Attorney General Jeff Rosen and former Acting Deputy Attorney General Richard Donoghue to put pressure on them after former Attorney General Bill Barr left DOJ.[69] For example, on a December 27, 2020 call with Rosen, former President Trump pressed Rosen to falsely state the election was "illegal" and "corrupt."[70] Trump also forced U.S. Attorney for the Northern District of Georgia Byung Jin Pak to resign because former President Trump believed Pak was not doing enough to support his false claims of election fraud in Georgia, and then went outside the line of succession to appoint an Acting U.S. Attorney whom former President Trump believed would "do something" about his election fraud claims.[71]**

---

[~~49~~**67**] *https://www.washingtonpost.com/politics/trump-pennsylvania-speaker-call/2020/12/07/d65fe8c4-38bf-11eb-98c4-25dc9f4987e8_story.html.*

[~~50~~**68**] *See id.*

[69] *https://www.washingtonpost.com/national-security/trump-rosen-election-calls/2021/07/28/43106ab6-efd6-11eb-bf80-e3877d9c5f06_story.html.*

[70] *https://www.theguardian.com/us-news/2021/dec/24/donald-trump-charges-capitol-attack-obstruct-congress.*

[71] *https://lailluminator.com/2021/10/08/u-s-attorney-in-georgia-quit-under-pressure-from-trump-to-reject-election-results-new-report-confirms/.*

**63.** ~~54.~~State Republican parties reinforced **former** President Trump's overt pressure on state and local elected officials to not certify the election. In Arizona, **former** President Trump's attorneys and campaign aides reportedly spent weeks pressuring Governor Doug Ducey to echo **former** President Trump's false claims about election fraud and cast doubt upon the State's results.[51][72] After **Governor** Ducey refused and signed documents certifying President ~~Elect~~ Biden's victory on November 30, **2020, former** President Trump sent a series of angry tweets about Governor Ducey.[52][73] Several days later, he met with Dr. Kelli Ward, chair of the Arizona Republican Party, at the White House.[53][74]

**64.** **Defendants encouraged Arizona state officials to conduct an audit of the state's election returns, amplifying prior baseless allegations of misconduct.[75] Despite the audit's findings that Arizona's electoral results were correctly tabulated, confirming President Biden's win, former President Trump continued to amplify accusations of wrongdoing and undermine public confidence in the results.[76]**

**65.** ~~55.~~In its official Twitter account, the Arizona Republican Party's ("ARP") called on Arizona officials to not certify the election results. On November 30, the ARP tweeted out "DO NOT CERTIFY[.] A FALSE ELECTION!"[54][77] The state of Arizona certified the election on November 30. As of December 21, 2020, even in light of the certification results, the ARP's "DO NOT CERTIFY" tweet remained pinned to the top of the ARP's Twitter feed. On December 4, the

---

[51][72] *See https://www.politico.com/news/2020/12/21/trump-pressure-campaign-overturn-election-449486.*

[52][73] *See id.*

[53][74] *See id.*

[75] *https://thehill.com/homenews/campaign/573798-trump-blames-media-after-arizona-audit-finds-biden-won.*

[76] *https://www.reuters.com/world/us/arizona-republicans-release-findings-widely-panned-election-audit-2021-09-24/.*

[54][77] *https://twitter.com/AZGOP/status/1333477057876156418.*

ARP tweeted, "THEY want to silence YOU!"**55**78 Unsatisfied with the election certification, on December 8, the ARP responded to a supporter of the pro-Trump group, Stop the Steal. The supporter tweeted, "I am willing to give my life for this fight," to which the ARP responded with, "He is. Are you?"**56**79 Later that day, the ARP, in a since deleted tweet, shared a clip from the 2008 film *Rambo* using the following quote: "This is what we do, who we are. Live for nothing or die for something."**57**80

**66.**   ~~56.~~On information and belief, the RNC oversees the activities of state Republican parties, but it has done nothing to remove or disavow these tweets from the Arizona Republican Party.

**67.**   ~~57.~~Even after the Electoral College met on December 14~~,~~ **, 2020** to confirm the popular vote and President ~~Elect~~ Biden and Vice President ~~Elect~~ Harris's victory, Trump Campaign representatives and state Republican party officials have continued to take actions and amplify messaging that propagate Defendants' baseless fraud assertions, all of which are designed to undermine the will of the People and disenfranchise voters. **Defendants had and have every reason to know these assertions are baseless. Indeed, testimony before the House January 6 Committee has included "a parade of insiders in Donald Trump's White House describing how they each told Trump in the wake of his 2020 loss that there was no credible evidence the election had been stolen."[81] Former Trump Campaign manager Bill Stepien testified that he thought the groundless voter fraud allegations were not "necessarily honest or**

---

**55**78 *https://twitter.com/AZGOP/status/1335046033869426688.*

**56**79 *https://www.cbsnews.com/news/arizona-republican-party-overturn-election-results-death/.*

**57**80 *Id.*

**[81]** ***https://www.washingtonpost.com/national-security/2022/06/13/house-panel-set-examine-trumps-persistent-lies-2nd-hearing/.***

professional."[82] Trump Campaign general counsel Matthew Morgan testified that the Trump Campaign's legal team concluded within weeks of the election that any fraud allegations were "not sufficient" to reverse Biden's victory.[83] In late 2020, then-Attorney General Bill Barr told former President Trump that the claims of election fraud were "completely bogus and silly," "crazy stuff," and "bullshit" entirely unsupported by evidence and that he wanted no part of them.[84] Knowing that the claims are baseless has not stopped Defendants from repeating those claims in service of their efforts to interfere with past and future elections. For example, on June 13, 2022, former President Trump released a 12-page statement baselessly denouncing the January 6 Committee as illegal; most of the statement was dedicated to repeating his false claims that the 2020 presidential election was rigged in battleground states and elsewhere, including making conspiracy theory allegations against Meta CEO Mark Zuckerberg and calling for Zuckerberg's criminal prosecution.[85]

68.    In the wake of the November 2020 election, former President Trump and his legal team proactively sought to organize so-called "alternate slates of electors," that is, people who were not validly appointed electors but who were willing to declare that their states' electoral votes should go to President Trump.[86]

---

[82] Id.

[83] Id.

[84] https://www.nytimes.com/2022/06/09/us/bill-bar-testimony-trump-january-6.html; https://www.businessinsider.com/jan-6-hearing-video-barr-calling-trumps-election-claims-bullshit-2022-6.

[85] https://www.businessinsider.com/trump-statement-12-pages-bashes-jan-6-investigation-2022-6; https://cdn.nucleusfiles.com/e7/e746fae9-7a5f-462d-a0dd-dd9a11895451/statement-by-president-donald-j.-trump.pdf?utm_medium=email&utm_source=ncl_amplify&utm_campaign=20220613-statement_by_donald_j_trump,_45th_president_of_the_united_states_of_america&utm_content=ncl-WeyXbMHzvA&_nlid=WeyXbMHzvA&_nhids=DR5ps6bKKK.

[86] https://www.nytimes.com/2022/02/02/us/politics/trump-jan-6-memos.html; https://www.cnn.com/2022/01/25/politics/fake-trump-electoral-certificates-justice-department/index.html.

69.     At the request of the Trump Administration and Trump Campaign officials, attorneys Jenna Ellis and John Eastman authored two memoranda ("Eastman Memoranda")[87] outlining an extensive plan whereby then-Vice President Pence, under his purported Twelfth Amendment authority, would find certain states' submitted election results illegitimate and rely instead on "alternate slates of electors" to declare a Trump victory.[88]

70.     The Eastman memoranda set out multiple legally baseless scenarios by which then-Vice President Pence could have declared that the Electoral Count Act encroached on his purported Twelfth Amendment authority and, on that basis, could have disregarded the Act's procedures for counting state electoral votes. The Eastman memoranda asserted that then-Vice President Pence could have invalidated the electoral results of several states, including Nevada, Arizona, and Michigan. In one scenario, the Eastman memoranda asserted that then-Vice President Pence could have proceeded by counting only the electoral college votes of the remaining "valid" electors, resulting in a Trump victory. In another scenario, the Eastman memoranda asserted that then-Vice President Pence could have relied on "alternate slates of electors," certified by state legislatures, to declare a Trump victory.[89]

71.     In still another scenario, the Eastman memoranda asserted that then-Vice President Pence could have determined that the exclusion of "invalid" state votes so reduced the number of valid electoral college votes such that neither candidate achieved the necessary

---

[87] For simplicity, this complaint presents the Eastman memoranda together, as "the memoranda" or "the Eastman memoranda."

[88] *See https://www.cnn.com/2021/09/21/politics/read-eastman-memo/index.html.*

[89] *Id.*

electoral college majority, and submit the matter to the House of Representatives to undertake the constitutional "tie-breaking" procedure.[90]

72.    The efforts described in these memoranda were not merely speculative. Still-emerging information confirms that Defendants took affirmative efforts, and acted in concert, to identify individuals to serve in the "alternate slates of electors" described in the Eastman Memoranda. Emerging facts allege this effort involved Defendants, including members of former President Trump's administration, campaign team, and legal team, in addition to state Republican committees under the organizational supervision of the RNC. Emerging facts further indicate these efforts were orchestrated by Defendants working from Washington, D.C.[91]

73.    The strategies described in the memoranda each relied on the bogus assertion that the official 2020 election results, in several states, were illegitimate. Eastman's subsequent statements indicate this approach could only work if there were enough public distrust in the actual, official results of the Presidential election to justify overturning President Biden's election.[92] As described elsewhere in this complaint, Defendants acted in concert to incite widespread public distrust in the actual election results, including affirmative efforts to prepare the "alternate slates of electors" necessary to at least one strategy outlined in these memoranda.

74.    The House Select Committee investigating January 6 recently issued subpoenas to individuals who agreed to serve on "alternate slates of electors." Identified

---

[90] *Id.*
[91] *https://www.cnn.com/2022/01/25/politics/fake-trump-electoral-certificates-justice-department/index.html.*
[92] *https://www.politico.com/news/2022/05/26/eastman-said-dueling-electors-were-dead-on-arrival-without-state-legislature-backing-00035634.*

individuals "seated" on or "slated" for these slates of "alternate electors" include current and former state Republican Party Chairs, National Committeemen, and National Committeewomen from Arizona, New Mexico, Pennsylvania, Wisconsin, Michigan, Georgia, and Arizona—positions which make them members of the RNC.[93]

75.     These requests were coordinated by the Trump Campaign, acting in concert with state RNC officials. Recent testimony by David Shafer, Chairman of the Georgia Republican Party and RNC member, revealed that the Trump Campaign directly coordinated the creation of "alternate slates of electors,"[94] and Michigan Republican Party co-chair Meshawn Maddock has publicly described being asked to serve as an alternate elector by members of former President Trump's team.[95]

76.     The Trump Campaign wanted these "alternate electors" to act in "complete secrecy."[96] According to recent reporting and testimony, the Georgia "alternates" were prohibited from speaking with the media or other statehouse officials, and were instructed to give State Capitol security a pretext for their visit to the state Legislature upon entry.[97]

77.     These "alternate electors" met on December 14, 2020, the same date each state's actual, lawful electors met to cast and submit electoral college votes, represented by

---

[93] https://lailluminator.com/2022/01/31/trumps-fake-electors-heres-the-full-list/; https://gop.com/about-our-party/rnc-members/.

[94] https://www.cnn.com/2022/02/25/politics/georgia-gop-chair-january-6-committee-trump-campaign/index.html.

[95] https://www.nytimes.com/2022/01/28/us/politics/jan-6-committee-trump-electors.html; https://www.freep.com/story/news/local/michigan/detroit/2022/01/20/meshawn-maddock-donald-trump-fake-electors-cnn-audio/6599607001/; https://www.detroitnews.com/story/news/politics/2022/01/20/michigan-gop-meshawn-maddock-trump-campaign-asked-gop-electors/6600843001/; https://www.washingtonpost.com/investigations/electors-giuliani-trump-electoral-college/2022/01/20/687e3698-7587-11ec-8b0a-bcfab800c430_story.html.

[96] https://www.washingtonpost.com/politics/2022/06/06/fake-trump-electors-ga-told-shroud-plans-secrecy-email-shows/.

[97] Id.

named electors, for President Biden.[98] These "alternate electors" sent false election certificates to Congress submitting their respective states' electoral college votes for former President Trump.[99]

78.    Former President Trump's attorney Rudolph Giuliani submitted these alternate slates of electors to the National Archives in Washington, D.C.[100]

79.    58.Last week, In December 2020, former President Trump discussed seizing voting machines as an additional means to continue the Trump Campaign's investigation into purported voter "fraud."[58][101] Mr. Giuliani also reportedly contacted Ken Cuccinelli, second in command at the Department of Homeland Security ("DHS"), and asked him about DHS seizing voting machines.[59][102]

80.    The January 6 Committee is investigating a draft order created by former President Trump's legal team, instructing military personnel to seize voting machines after the 2020 election.[103] The executive order contemplates the need to "preserve evidence" of votes in advance of legal challenge.[104]

81.    59.General Michael Flynn was briefly former President Trump's national security advisor before being convicted of lying to the FBI and then pardoned by then-President Trump. After publicly suggesting that then-President Trump impose martial law to overturn the result of

---

[98] https://www.nytimes.com/2022/01/28/us/politics/jan-6-committee-trump-electors.html.
[99] Id.
[100] https://wisconsinexaminer.com/2022/02/02/trumps-fake-electors-heres-the-full-list/.
[58][101] https://www.axios.com/giuliani-homeland-security-seize-voting-machines-4ee2e575-e32c-46a2-9f0b-fd80dd63049c.html.
[59][102] https://www.unilad.co.uk/news/giuliani-presses-homeland-security-to-seize-voting-machines-in-attempt-to-overturn-election-results.
[103] https://www.cbsnews.com/news/voting-machines-seize-executive-order-january-6-committee/.
[104] Id.; https://www.politico.com/news/2022/01/21/read-the-never-issued-trump-order-that-would-have-seized-voting-machines-527572.

the election and seize voting machines,**60105** he was invited to a meeting in the Oval Office on December 18**, 2020**.  This December 18 meeting also included **former** President Trump, Ms. Powell, Mr. Giuliani (by phone), and White House officials.**61106**

**82.**  ~~60.~~On December 19, **2020,** Dr. Kelli Ward, **then and now** the ~~current~~ chair of the Arizona Republican Party and a member of the RNC, tweeted out the following: "Mr. President @realDonaldTrump – we are with you in #Arizona. We are working every avenue to stop this coup & to stop our Republic from crumbling. Patriots are united. Those who are against us are exposing themselves. #Liberty & #freedom are on the line. #CrossTheRubicon @GenFlynn."**62107** This tweet, endorsing General Flynn's call for military intervention, was later amplified and retweeted by General Flynn.**63108**

### Defendants' Volunteer Recruitment And Training Encouraged Volunteers And Supporters To Intimidate And Attempt To Coerce Election Officials And Volunteers

**83.**  ~~61.~~Defendants' efforts to recruit and train volunteers for the 2020 election cycle delivered inconsistent, incomplete, and sometimes aggressive messaging that gave way to and resulted in their supporters intimidating and attempting to coerce election officials to slow and stop vote counts.

**84.**  ~~62.~~One of the primary mechanisms Defendants used for recruiting volunteers for election-related activities was ArmyForTrump.com. Defendants encouraged its "army of supporters" to "fight with President Trump!" and to "fight[] to re-elect [President Trump] in

---

**60105** *https://www.businessinsider.com/michael-flynn-trump-military-martial-law-overturn-election-2020-12.*
**61106** *https://www.usatoday.com/story/news/politics/elections/2020/12/19/trump-sydney-powell-special-counsel-michael-flynn-matial-law/3978054001/.*
**62107** *https://twitter.com/kelliwardaz/status/1340475397666836480.*
**63108** *https://twitter.com/GenFlynn/status/1340611262196137985.*

2020."~~64~~**109** In its list of volunteer opportunities, ArmyForTrump encouraged its army to "enlist," as opposed to signing up.~~65~~**110** Trump Victory offered similar messaging: "Become a member of the Trump Victory Team's exclusive group of grassroots supporters and help us FIGHT BACK against the Radical Socialist Democrats."~~66~~**111**

**85.** ~~63.~~On information and belief, after Defendants' volunteers "~~enlist~~**enlisted**," they ~~are~~ **were** required to participate in a training before engaging in certain election-related activities. The RNC produced training videos for volunteers to watch.~~67~~**112** For example, the training for Georgia appears to be only about 15 minutes long and covers a variety of topics including "poll watchers," "dos and don'ts," "polling process," and "issues to monitor."~~68~~**113**

**86.** ~~64.~~The training video lists and quotes various election laws and regulations; it does not, however, explore what those rules look like in practice. The video and training deprive volunteers of the tools to properly act as poll watchers. On information and belief, the RNC also produced and distributed similar training videos for volunteers in Wisconsin, Michigan, and other battleground states.

**87.** ~~65.~~In addition to limited explanation of rules and regulations, the training video encourages volunteer poll watchers to wear "Official 'Poll Watcher'" badges.~~69~~**114** Badges and other items that give the impression that volunteers are official state actors were prohibited by a consent decree the RNC had entered in 1982, which remained in place through 2017, as a result of improper conduct the RNC had encouraged its poll watchers to engage in. Finally, the RNC's

---

~~64~~**109** *https://www.armyfortrump.com/.*
~~65~~**110** *Id.*
~~66~~**111***https://trumpvictory.com/volunteers/.*
~~67~~**112** *See e.g., https://www.youtube.com/watch?v=6fWeQXtoBZ4&feature=emb_logo* (Georgia-specific training).
~~68~~**113** *Id.*
~~69~~**114** *Id.*

video directed the following language at volunteers: "Through your presence at the polls you will deter mismanagement and deliberate attacks that could sway the overall results of the election."[70][115] This language, like the "Army for Trump" language, presupposes conflict.

**88.**   66.Defendants' failure to properly train volunteers ~~it~~ **they** recruited, and their ever-present messaging encouraging supporters and volunteers to "fight" allowed and encouraged inappropriate behavior, including intimidation and coercion, at polling places and recount sites.

### The Defendants Have Acted In Concert To Encourage Intimidation And Attempted Coercion Of Election Officials Volunteers

**89.**   67.During **and after** the 2020 election cycle, Defendants **have** acted in concert to execute a seamless election strategy. After the 2016 election, **former** President Trump, the Trump Campaign, and the RNC merged their field and fundraising efforts together under the "Trump Victory" banner, which resulted in shared operational overhead, including office space and staff. According to RNC Chairwoman Ronna McDaniel, Trump Victory was to be "the biggest, most efficient and unified campaign operation in American history."[71][116]

**90.**   68.Since **From** late 2016 ~~and~~ through November 23, 2020, Trump Victory **has** raised at least $366 million dollars. Of the total raised, approximately $197 million ~~has gone~~ **went** directly to the RNC, more than $57 million ~~has gone~~ **went** to the Trump Campaign and **former** President Trump, approximately $1.6 million went to the Republican Party of Michigan, approximately $920,000 went to the Republican Party of Wisconsin, and $3.24 million went to the Republican Party of Arizona.[72][117] The Republican Federal Committee of Pennsylvania **has** received more than $1.2 million, the Nevada Republican Central Committee ~~has~~ received

---

[70][115] *Id.*

[71][116] *See https://www.politico.com/story/2018/12/18/trump-machine-swallows-rnc-1067875.*

[72][117] *https://www.opensecrets.org/jfc/summary.php?id=C00618389&cycle=2020.*

approximately $958,000, and the Republican Party of Georgia ~~had~~ received approximately $2.1 million.~~73~~**118**

**91.** ~~69.~~In addition to functioning as an operational hub for the Trump Campaign and the RNC during the 2020 election cycle, Trump Victory also served as a recruitment tool for campaign volunteers. The training opportunities and events offered through TrumpVictory.com included opportunities to engage in poll monitoring activities and post-election vote counting monitoring efforts, including the vote counting efforts in Wisconsin and Georgia.~~74~~**119** TrumpVictory.com also ~~currently offers~~ **offered** opportunities to volunteer for the **January 5, 2021** Georgia run-off election, ~~to be held on January 5, 2021,~~ an election of which **former** President Trump ~~is~~ **was** not a ~~part~~**candidate**.~~75~~**120**

**92.** ~~70.~~The marketing surrounding these efforts was designed to prime volunteers to expect fraudulent activities at the polls and used military language suggesting that volunteers would need to actively work to ensure the integrity of the election. As discussed above, the prime example of this is the Trump Campaign's "Army for Trump" which refers to Trump Campaign volunteers as members of an "army" who would need to "enlist" and "fight."~~76~~**121**

**93.** ~~71.~~Apart from sharing operational and financial resources, these Defendants also spoke on behalf of and supported each other in the public eye. For example, the RNC frequently endorsed and amplified material from and in support of **former** President Trump and the Trump Campaign. Before and after Election Day, the RNC repeatedly retweeted material from the Trump Campaign's official account (@TeamTrump), including multiple links to the Trump Campaign's

---

~~73~~**118** *Id.*
~~74~~**119** *See https://www.cnbc.com/2020/11/09/trump-recount-fight-rnc-shifting-wisconsin-staff-to-georgia-senate-battle.html.*
~~75~~**120** *https://trumpvictory.com/.*
~~76~~**121** *https://www.armyfortrump.com/.*

purported fraud hotline[77][122] and statements from Trump and his Campaign alleging widespread irregularities and fraud.[78][123] Approximately twenty times between November 4 and November 20, 2020, the RNC's official Twitter feed, @GOP, tweeted or retweeted a secure.winred.com fundraising link showing an image of Trump and including the claim that "THE DEMOCRATS WILL TRY TO STEAL THIS ELECTION!"[79][124] On November 4, 2020, the RNC retweeted a tweet from RNC Chairwoman Ronna McDaniel, @GOPChairwoman, that included the secure.winred.com link and that said, "Our team is already fighting hard on the ground in battleground states. We need all the help we can get to defend the integrity of this election. Thank you for your support!"[80][125]  A November 5, 2020 RNC tweet included the secure.winred.com link and claimed: "The Left wants to undermine this Election, and we need YOU to FIGHT BACK! Contribute now!"[81][126] A November 6, 2020 RNC tweet containing the secure.winred.com link said, "Stop the FRAUD! Donate today to ensure @realDonaldTrump has the resources he needs to FIGHT this corruption!"[82][127] A November 14, 2020 RNC tweet including the secure.winred.com link said, "Our team is working around the clock to make sure every LEGALLY cast ballot is counted. We need YOU to help us have the resources to FIGHT BACK against potential voter fraud."[83][128]

> **94.** ~~72.~~Finally, as discussed above, the RNC hosted the Trump Campaign's legal team's November 19, 2020, press conference at its headquarters in Washington, DC, and the RNC

---

[77][122] *See, e.g.*, *https://twitter.com/TeamTrump/status/1328074040070770688?s=20* (Nov. 15, 2020); *https://twitter.com/TeamTrump/status/1323696696778387456* (Nov. 3, 2020).
[78][123] *See, e.g.*, *https://twitter.com/TeamTrump/status/1325118559467397121?s=20* (Nov. 7, 2020).
[79][124] *See, e.g.*, *https://twitter.com/GOP/status/1325487696857485312?s=20?.*
[80][125] *https://twitter.com/GOPChairwoman/status/1324090396033601541?s=20A.*
[81][126] *https://twitter.com/GOP/status/1324445432211263488?s=20.*
[82][127] *https://twitter.com/GOP/status/1324854254058823680?s=20.*
[83][128] *https://twitter.com/GOP/status/1327702874227421193?s=20.*

amplified a clip of that press conference in which Sidney Powell referred to supposed unpatriotic activities in the November election and promised to take the country back.

**Defendants Actively Encouraged Interference with Congress's Certification of Election Results**

**95.     On December 19, 2020, former President Trump announced plans to hold the "Save America" rally in Washington, D.C., on January 6, 2021, the date a joint session of Congress was set to convene in the U.S. Capitol to certify President Biden's electoral vote win.**

**96.     Former President Trump and the Trump Campaign organized the rally, selected speakers, and made direct payments of $3.5 million to rally organizers.[129]**

**97.     After the announcement, supporters turned to several pro-Trump message boards sites and social media groups to discuss the rally. Former President Trump and his advisors actively monitored these sites.[130] Several individuals called former President Trump's announcement "marching orders" and explicitly discussed plans to attend the rally, "storm and occupy Congress," or begin "Operation Occupy the Capitol."[131] Tweet and message-board discussions about former President Trump's announcement further propagated the hashtag "#OccupyCapitol."[132]**

---

[129] *https://www.opensecrets.org/news/2021/02/jan-6-protests-trump-operation-paid-3p5mil/.*
[130] *https://www.independent.co.uk/voices/trump-dan-scavino-white-house-insiders-capitol-b1786148.html.*
[131] *https://ent.siteintelgroup.com/Far-Right-/-Far-Left-Threat/how-a-trump-tweet-sparked-plots-strategizing-to-storm-and-occupy-capitol-with-handcuffs-and-zip-ties.html; https://www.nbcnews.com/tech/internet/extremists-made-little-secret-ambitions-occupy-capital-weeks-attack-n1253499.*
[132] *https://www.newsweek.com/exclusive-secret-service-intel-saw-no-indication-civil-disobedience-1661331.*

98.     Trump campaign associates further publicized the announcement and encouraged supporters to attend the rally. For example, Donald Trump, Jr. posted a video on Instagram urging followers to "Be Brave" and "Do Something."[133]

99.     At the rally, speakers organized by the Trump campaign invoked and amplified the militaristic rhetoric the Trump campaign and RNC had been propagating over the course of the prior several months.

100.     For example, Rudy Giuliani urged the crowd to "vindicate" the "stolen" election to "save our republic," and explicitly called for "trial by combat."[134] Donald Trump, Jr. directed the crowd's attention to toward the ongoing certification process in the U.S. Congress, apparently warning Congress members that if the election is certified, "we're coming for you, and we're gonna have a good time doing it."[135]

101.     In his remarks, former President Trump told the crowd, "We will never give up.  We will never concede," and that "we're going to the Capitol" to give legislators "the kind of pride and boldness that they need to take back our country."[136] Former President Trump urged the crowd to "fight like hell [or] you're not going to have a country anymore."[137]

[133] https://www.instagram.com/tv/CJrtdcog7d0/?igshid=YmMyMTA2M2Y=.
[134] https://www.rev.com/blog/transcripts/rudy-giuliani-speech-transcript-at-trumps-washington-d-c-rally-wants-trial-by-combat;
https://www.washingtonpost.com/politics/2021/01/06/lets-have-trial-by-combat-how-trump-allies-egged-violent-scenes-wednesday/.
[135] https://www.chicagotribune.com/columns/ct-ent-storming-capitol-drama-20210106-g4nhz5b3dzgjjmd4uhjr7haljv-story.html.
[136] https://www.npr.org/2022/01/05/1069977469/a-timeline-of-how-the-jan-6-attack-unfolded-including-who-said-what-and-when.
[137] https://www.theguardian.com/us-news/2021/dec/24/donald-trump-charges-capitol-attack-obstruct-congress.

**102.** **Former President Trump further stated that "we will stop the steal" and subsequently provided the crowd with two possible means to do so.[138] First, referring to the Vice President's role on the ongoing certification process at the Capitol, former President Trump said "Mike Pence is going to have to come through for us."[139] Second, former President Trump told the crowd "after this, we're going to walk down--- and I'll be there with you… We're going to walk down… to the Capitol… We have come to demand that Congress do the right thing and only count the electors who have been lawfully slated…. I know that everyone here will soon be marching over to the Capitol building."[140]**

**103.** **Former President Trump further remarked that if the election results are nonetheless certified to reflect President Biden's electoral victory, "you will have an illegitimate president…and we can't let that happen."[141]**

**104.** **Less than thirty minutes after former President Trump finished his inflammatory speech, an insurrectionist mob at the Capitol overcame the police and broke through the police barricades.[142] Then, insurrectionists broke windows of the Capitol building, climbed into the Capitol, and opened doors so others could enter.[143] Rioters broke into the Senate chamber and into lawmakers' offices.[144] Others swarmed and overwhelmed**

---

[138] *https://www.npr.org/2021/02/10/966396848/read-trumps-jan-6-speech-a-key-part-of-impeachment-trial.*
[139] *Id.*
[140] *Id.*
[141] *Id.*
[142] *https://www.npr.org/2022/01/05/1069977469/a-timeline-of-how-the-jan-6-attack-unfolded-including-who-said-what-and-when.*
[143] *https://www.npr.org/2022/01/05/1069977469/a-timeline-of-how-the-jan-6-attack-unfolded-including-who-said-what-and-when.*
[144] *Id.*

the Capitol Police officers guarding the Speaker's Lobby where lawmakers were sheltered.[145] They broke windows in an attempt to force their way in.[146]

105.   As a result of the mob swarming the Capitol, the joint session was interrupted. The Senate and House were called to recess, the building went into lockdown, and Pence, Pelosi, and other lawmakers were escorted away for their safety.[147] The certification of the election results could not continue until order was restored hours later.

106.   The rioters were armed with guns, knives, bats, pepper spray, stolen police shields, and other items such as a stun gun, a rebar, a hockey stick, and a flagpole.[148] The rioters in the Capitol were heard chanting "hang Mike Pence."[149] Others were chanting "Break it down! Break it down!"[150] A Capitol Police officer shot one rioter trying to climb into the Speaker's Lobby. At least seven people lost their lives in connection with the January 6 insurrection, including one Capitol Police officer who was overpowered and beaten by the mob.[151] A police officer described it as "a war scene," stating that "[t]here were officers on the ground. They were bleeding, they were throwing up. I mean, I saw friends with blood all over their faces. I was slipping in people's blood."[152]

[145] Id.
[146] Id.
[147] Id.
[148] https://www.cnn.com/2021/07/28/politics/armed-insurrection-january-6-guns-fact-check/index.html.
[149] https://www.cnn.com/2021/01/15/politics/pence-mob-us-capitol-january-6/index.html.
[150] https://www.npr.org/2022/01/05/1069977469/a-timeline-of-how-the-jan-6-attack-unfolded-including-who-said-what-and-when.
[151] https://www.nytimes.com/2022/01/05/us/politics/jan-6-capitol-deaths.html.
[152] https://www.nbcnews.com/politics/donald-trump/-was-slipping-peoples-blood-police-officer-describes-battling-rioters-rcna32903.

**107.    Later in the day, Maryland and Virginia sent National Guard and state troopers to the District of Columbia. Almost five hours after the rioting began, police began to clear the Capitol and secure the interior.[153]**

**108.    As events at the Capitol unfolded, former President Trump did not recant any of his claims about election fraud. Instead, he continued to tweet baseless claims about election fraud. He accused Pence of lacking "courage" and tweeted that "these are the things and events that happen when a sacred landslide election victory" had been "unceremoniously & viciously stripped away."[154]**

**Defendants Are Likely To Engage In Similar Election Activities In The Future**

**109.** ~~73.~~Defendants' conduct during the 2020 election cycle, including their efforts to disenfranchise voters by attempting to slow and halt vote counts and by attempting to prevent vote certification in cities with large numbers of Black residents, is an extension and continuation of the same types of conduct that resulted in a previous consent decree.

**110.** ~~74.~~In 1982, the RNC entered into a court-approved consent decree with the Democratic National Committee ("DNC") after the DNC sued the RNC for its operations during the New Jersey election in 1981, which included targeting minority neighborhoods by hiring off-duty law enforcement officers to patrol polling sites.~~[84]~~[155] The consent decree remained in effect for approximately 35 years from 1982 until 2017 because the RNC engaged in other practices to intimidate, discourage, and disenfranchise Black voters in federal elections. *See, e.g.*, *Democratic Nat. Comm. v. Republican Nat. Comm.*, 671 F. Supp. 2d 575, 579–83 (D.N.J. 2009), *aff'd*, 673

---

[153] *https://www.npr.org/2022/01/05/1069977469/a-timeline-of-how-the-jan-6-attack-unfolded-including-who-said-what-and-when.*
[154] *Id.*
~~[84]~~[155] Consent Order, *Democratic Nat'l Comm. v. Republican Nat'l Comm.*, Case No. 2:81-cv-03876 (D. N.J.), Nov. 1, 1982.

F.3d 192 (3d Cir. 2012). During the period that the consent decree was in effect, it protected voters by, for example, prohibiting the RNC from engaging in certain activities which could have the effect of intimidating, harassing, discriminating, or otherwise disrupting the election process. Upon its expiration, however, the RNC, although bound by the VRA, was permitted to resume all of its election-related activities without court supervision. The 2020 presidential election highlighted, and its aftermath continues to highlight, how, absent injunctive relief, the RNC and the rest of the Defendants will continue to violate the VRA.

**111.    While the 2020 presidential election is over, Defendants' efforts to overturn its results are ongoing. Former President Trump, actively aided by the other Defendants, continues to try to overturn the 2020 presidential election, and all Defendants are working together to lay the groundwork to interfere in future elections. This conduct—including intimidation and the incitement of intimidations—is harming Plaintiffs now by imperiling their right to have their 2020 votes remain counted, by weakening electoral mechanisms designed to ensure free and fair elections, and by systematically laying the groundwork for widespread intimidation of voters and election officials in the 2022 midterm elections and beyond. Absent injunctive relief, including court supervision of Defendants' future election-related activities, Defendants will likely continue to violate the VRA and the Ku Klux Klan Act and attempt to disenfranchise Plaintiffs and other Black voters through illegal means. Absent court intervention, Defendants will continue to harm voters.**

**112.    As recently as March 2022, former President Trump's allies met with Wisconsin Assembly Speaker Robin Vos and attempted to pressure him to nullify the 2020**

election results, which Speaker Voss is not legally permitted to do.[156] Following the meeting, former President Trump announced that "Speaker Vos should do the right thing and correct the Crime of the Century—immediately! It is my opinion that other states will be doing this, Wisconsin should lead the way!"[157]

113.    In March 2022, Alabama Representative Mo Brooks said that, behind the scenes, former President Trump has been pressuring him and other lawmakers to overturn the 2020 presidential election even though Representative Brooks made clear that there is no legal basis for doing so.[158] "He always brings up, 'we've got to rescind the election. We got to take Joe Biden down and put me in now.'"[159]

114.    Former President Trump has called for Michigan to elect a "new Legislature" in 2022 to attack the 2020 election results and has endorsed several Michigan officials who were involved in efforts to overturn the state's 2020 results.[160] Former President Trump has endorsed or provided financial support to candidates in other states that have expressed similar interest in once again trying to overturn the 2020 election results.[161]

115.    75.While the 2020 presidential election is over,  Defendants' conduct indicates that they will likely engage in similar activities for the foreseeable future and in the immediate future. This is particularly true given former President Trump's reported interest in campaigning

---

[156] https://abcnews.go.com/Politics/trump-lawyer-amid-clash-jan-committee-pushing-decertify/story?id=83965757.
[157] Id.
[158] https://www.cnn.com/2022/03/24/politics/mo-brooks-donald-trump-january-6-election/index.html.
[159] Id.
[160] https://www.mlive.com/public-interest/2022/02/trump-gave-30k-to-michigan-republicans-who-challenged-2020-election.html.
[161] https://abcnews.go.com/Politics/republicans-continue-push-decertification-2020-election/story?id=83794526.

for President in 2024 **(he is apparently considering announcing his candidacy as early as this summer, possibly on July 4)**, and the fact that ~~he has~~ **as of December 2020, he had** raised at least $207.5 million since the election, a significant amount of which has been directed to **former** President Trump's new political action committee, Save America PAC.~~[85]~~**[162]** ~~And Defendant RNC is involved in most elections for key offices. Absent injunctive relief, including court supervision of Defendants' future election-related activities, Defendants will likely continue to violate the VRA and attempt to disenfranchise Plaintiffs and other Black voters through illegal means. Absent court intervention, Defendants will continue to harm voters.~~ **Former President Trump has continued to aggressively fundraise for a possible 2024 Presidential campaign, bringing in large sums of money via a fundraising campaign that has pushed "deceptive claims about corruption in the last election" and proclaimed that "Trump is the true president."[163] Former President Trump has continued to claim that "our elections are corrupt," and he encouraged his supporters to hold "the biggest protest we have ever had" if he disapproves of the direction of investigations into his actions or the January 6 insurrection.[164] Former President Trump has indicated that if he were to regain the Presidency in 2024, he would pardon the January 6 insurrectionists.[165]**

116.   **Defendant RNC is involved in most elections for key offices, overseeing state party operations. The RNC has continued to amplify false claims about the 2020 election.**

---

~~[85]~~**[162]** *https://www.politico.com/news/2020/12/01/trump-2024-presidential-run-442083; https://www.politico.com/news/2020/12/03/trump-pac-fundraising-442775***; *https://www.nbcnews.com/politics/donald-trump/trump-brink-rcna31774*.
**[163]** *https://www.washingtonpost.com/politics/trump-fundraising/2021/10/29/5b5a2e64-31b1-11ec-a1e5-07223c50280a_story.html.*
**[164]** *https://thehill.com/homenews/administration/592009-trump-calls-for-biggest-protest-weve-ever-had-if-prosecutors-do.*
**[165]** *https://www.cnn.com/2022/02/02/politics/pete-aguilar-trump-january-6-pardons-cnntv/index.html.*

RNC Chairwoman Ronna McDaniel has publicly stated there were "lots of problems with the elections" and raised questions about the legitimacy of the results.[166] On February 4, 2022, the RNC passed a resolution censuring Republican legislators involved in investigating the January 6 insurrection. The resolution, defended by RNC Chair McDaniel, described the insurrection as "legitimate political discourse," and criticized the investigation as "persecution of ordinary citizens."[167]

117.    Further, ahead of the 2022 midterm elections, the RNC and state Republican organizations are undertaking large-scale "election integrity" efforts, spearheaded by individuals who publicly encouraged interference and intimidation of officials involved with the certification of the 2020 election results.[168] These efforts aim to train and deploy poll watchers and officially-designated poll workers to monitor elections on the ground, equipped with pre-existing connections to the RNC's election lawyers to facilitate ballot challenges.[169]

118.    This effort is being led by former Trump advisor Cleta Mitchell, who participated in the January 2021 call between former President Trump and Georgia Secretary of State Brad Raffensperger. Recently released recordings of poll worker training sessions confirm that these trainings continue the militaristic and adversarial character of the 2020 efforts and frequently refer to the need to create an "army of volunteers," resembling the rhetoric of the 2020 intimidation efforts, describing the goal to create

---

[166] https://www.huffpost.com/entry/mcdaniel-trump-election_n_61968854e4b0ae9a429da0ad
[167] https://www.cnn.com/2022/02/04/politics/liz-cheney-adam-kinzinger-censure-rnc/index.html; https://www.cnbc.com/2022/02/04/rnc-censures-liz-cheney-adam-kinzinger-for-investigating-jan-6-pro-trump-riot.html; https://www.nytimes.com/2022/02/08/us/politics/republicans-censure-mcconnell.html.
[168] https://www.nytimes.com/2021/03/23/us/politics/republican-voter-laws.html.
[169] https://www.politico.com/news/2022/06/01/gop-contest-elections-tapes-00035758.

"fighters,"[170] build "an army" of poll workers,[171] and target their tactics depending on whether a given county or state election official is a "friend or foe."[172] The recordings also show that the RNC's Director of "Election Integrity" in Michigan outlined a plan to install party-trained volunteers prepared to challenge voters at polling places with large numbers of voters of color, including Detroit; establish relationships with local attorneys, law enforcement officers, and judges to facilitate the volunteers' work; and develop a network of friendly district attorneys who could intervene to block vote counts at certain precincts.[173] Election watchdog groups and legal experts say that the likely consequence of the RNC's heavily recruiting people who falsely believe the 2020 election was stolen to fill positions that should be held by unbiased officials could create chaos in the targeted precincts, many of which, including Detroit, have large numbers of voters of color.[174] In May 2022, the "Election Integrity Network" held a summit in Detroit with trainings that featured political figures who have made false claims of fraud in the 2020 election.[175] Republicans in Wayne County have also nominated a member of the Board of Canvassers who said he would not have certified the results of the 2020 election.[176]

119.    In the course of these efforts, the Michigan Republican Party has funded a website to recruit potential poll watchers that lists among its "sponsors" groups that have

---

[170] https://www.nytimes.com/2022/05/30/us/politics/republican-poll-monitors-election-activists.html.
[171] https://www.politico.com/news/2022/06/01/gop-contest-elections-tapes-00035758.
[172] https://www.nytimes.com/2022/05/30/us/politics/republican-poll-monitors-election-activists.html.
[173] https://www.politico.com/news/2022/06/01/gop-contest-elections-tapes-00035758.
[174] Id.
[175] https://www.detroitnews.com/story/news/politics/2022/05/12/trump-allies-set-election-integrity-summit-detroit/9746669002/.
[176] https://www.politico.com/news/2022/06/01/gop-contest-elections-tapes-00035758.

challenged the 2020 election results, and that have called the 2020 election "stolen," an "occupation," or a "coup."[177] Michigan Republican Party Co-Chair and RNC member Meshawn Maddock, herself an "alternate elector" in the effort to undermine Michigan's 2020 election certification, is now involved in recruiting thousands of poll watchers to "flood the system" in forthcoming elections.[178] In Texas, state Republican officials have administered virtual trainings likely to encourage poll watchers to assume that votes cast by voters of color are presumptively illegitimate by instructing those poll watchers that "fraud is occurring" in "densely populated, largely Black, Latino, and Asian neighborhoods."[179]

120.    Defendants' ongoing efforts to prevent the orderly functioning of the electoral system by baselessly undermining legitimate elections have already begun to affect 2022 elections. On June 15, 2022, the New Mexico Supreme Court had to issue a writ of mandamus ordering the Otero County Commission to fulfill its nondiscretionary statutory obligation by June 17, 2022 to "meet to approve the report of the canvass of the returns and declare the results" of the 2022 primary election.[180] Days earlier, the Otero County Commission had voted unanimously against fulfilling that duty without identifying any specific discrepancies that might explain that refusal.[181] The commission, whose members include Cowboys for Trump co-founder Couy Griffin, who was convicted of illegally entering restricted U.S. Capitol grounds during the January 6 insurrection and who subscribes to former President

---

[177] https://www.mlive.com/public-interest/2022/01/michigan-republicans-expand-recruitment-of-poll-challengers-for-2022-elections.html.

[178] https://www.mlive.com/public-interest/2022/01/one-year-after-jan-6-riot-michigan-election-deniers-hold-more-influence-in-republican-politics.html.

[179] https://www.nytimes.com/2021/05/01/us/politics/republican-pollwatchers.html.

[180] https://www.kob.com/new-mexico/new-mexico-supreme-court-issues-writ-of-mandamus-against-otero-county-commission/.

[181] https://apnews.com/article/2022-midterm-elections-new-mexico-voting-election-recounts-general-54745f2169166e82090d0f7bc1ddc1b2.

Trump's groundless claims to have won the 2020 presidential election, cited debunked conspiracy theories that the Dominion voting machines used in the primary election were somehow unreliable.[182]

**FIRST CAUSE OF ACTION**
(Violation of Section 11(b), 52 U.S.C. § 10307(b) of the Voting Rights Act)

**121.** 76.All other allegations of this complaint are re-asserted and incorporated into this cause of action.

**122.** 77.Section 11(b) of the Voting Rights Act ("Section 11(b)") provides: "No person, whether acting under color of law or otherwise, shall intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for voting or attempting to vote, or intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for urging or aiding any person to vote or attempt to vote." 52 U.S.C. § 10307(b).

**123.** 78.As set forth above, publicly available facts demonstrate that Defendants engaged in or encouraged volunteers and supporters to engage in conduct intended to and that did result in intimidation, harassment, and coercion of election officials as they performed their duties to count and certify votes, worked to undermine the validity of the election without a legitimate basis to do so, and impermissibly exerted pressure on state and local officials not to certify the results of elections. These actions were directed at major metropolitan areas with large Black populations, including Detroit and Milwaukee. **Also as set forth above, Defendants' past and present actions indicate that they are likely to engage in such conduct in connection with upcoming elections if they are not enjoined against doing so.**

---

[182] *Id.*

**124.** ~~79.Defendants'~~ **Defendants' past and present** actions violate Section 11(b) because their actions involved conduct that "intimidate[s], threaten[s], or coerce[s], or attempt[s] to intimidate, threaten or coerce" people involved in "aiding person to vote or attempt to vote." *Id*. Under the Voting Rights Act, voting is specifically defined to include: "all action necessary to make a vote effective in any . . . election, including, but not limited to . . . having such ballot counted properly and included in the appropriate totals of votes cast with respect to candidates for public or party office and propositions for which votes are received in an election." 52 U.S.C. § 10310(c)(1).

**125.** ~~80.~~By engaging in the conduct described above, by encouraging volunteers and supporters to take the actions they did, and by exerting pressure on state and local officials in the manner described above, Defendants **have** attempted to and did intimidate and or coerce state and local officials from aiding Plaintiffs and other residents of Detroit, Milwaukee, and other major cities with large Black populations from having their votes "counted properly and included in the appropriate totals of votes cast." *Id*. **Defendants' past and present actions indicate that they are likely to engage in such conduct in connection with upcoming elections if they are not enjoined from doing so.**

**SECOND CAUSE OF ACTION**
(Conspiracy to Interfere with Civil Rights in Violation of 42 U.S.C. § 1985(3))

**126.** ~~81.~~All other allegations of this complaint are re-asserted and incorporated into this cause of action.

**127.** ~~82.~~The Ku Klux Klan Act prohibits two or more persons from conspiring to deny "either directly or indirectly, any person or class of persons of the equal protection of the laws," to "prevent[] or hinder[] the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws," or "to prevent by

48

force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States." 42 U.S.C. § 1985(3).

**128.** ~~83.~~The foregoing conduct of the Defendants violates § 1985(3). By coordinating their actions in an effort to pressure state and local officials to discard votes cast by Plaintiffs, their constituents, and other voters in cities with large Black populations, Defendants engaged in a conspiracy to deny the equal protection of the laws and to prevent Plaintiffs and others from giving their support to electors for President and Vice President. **Defendants have concertedly acted to undermine confidence in the election results, including inciting, amplifying, and organizing efforts by former President Trump's supporters to take steps to interfere with the vote counting, the slating of electors, and the final certification of the election.**

**129.** ~~84.~~As a result of this conspiracy, Plaintiff NAACP has been required to divert resources to monitor Defendants' activities and disseminate public education materials. **If Defendants are not enjoined from further actions in furtherance of this conspiracy, Plaintiff NAACP will continue to be required to divert resources for the same reasons.**

**130.** ~~85.~~As a result of this conspiracy, Plaintiffs and their constituents have suffered dignitary injuries by having their full citizenship undermined and by Defendants' perpetuation of the noxious myth that votes cast by in communities with large Black populations are more likely to be fraudulent.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court:

(A)     Declare that Defendants have engaged in conduct violating Section 11(b) of the Voting Rights Act and 42 U.S.C. § 1985(3);

(B)     Issue an injunction requiring Defendants, and anyone acting on behalf of Defendants or in concert with them, to do the following:

- Refrain from violating all federal and state laws protecting the rights of qualified citizens to vote;

- Secure approval from this Court prior to engaging in any activities related to recounts, certifications, or similar post-election activities;

- Refrain from intimidating or coercing state and local officials involved in counting votes, recounts, or the certification process;

- Refrain from intimidating or coercing state, local, or federal officials to disregard any lawful votes or to overturn the result of an election;

- Refrain from intimidating voters or obstructing voters from exercising their rights to vote; and

- Train all official volunteers on the Voting Rights Act and on activities prohibited by the Voting Rights Act, with all training materials approved by the Court; and

(C)     Award monetary damages.

(D)     Grant such other relief as this Court may deem just and proper.

Dated: ~~December 21~~June 16, ~~2020~~ 2022

Respectfully submitted,

/s/ Samuel Spital
Janai S. Nelson**\* (*pro hac vice*)**
Samuel Spital
(D.D.C Bar No. SS4839)
~~Monique N. Lin-Luse\*~~
Anuja D. Thatte**\* (D.D.C Bar No. 1742276)**
NAACP LEGAL DEFENSE & EDUCATIONAL
FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Stephen L. Ascher**\* (*pro hac vice*)**
Jenner & Block LLP
~~919 3ʳᵈ~~ **1155** Avenue **of the Americas**
New York, NY ~~10022~~**10036**
(212) 891-1600

Jason M. Bradford**\* (D.D.C Bar No. IL0073)**
~~William L. Von Hoene\*~~
Jonathan A. Enfield**\* (D.D.C Bar No. IL0074)**
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

**\****Application for admission or for pro hac vice*
*admission forthcoming*
*- Counsel for Plaintiffs*