## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, NAACP, MAUREEN TAYLOR, NICOLE L. HILL, and TEASHA K. JONES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Case No. 1:20-cv-03388-EGS |

## <u>NOTICE OF APPEAL</u>

Defendant Donald J. Trump hereby gives notice of his appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Memorandum Opinion and Order entered on November 28, 2022, granting Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. 55), which specifically denied President Trump's assertion of absolute immunity.

Dated: November 30, 2022

Respectfully submitted,

<u>/s/ Jesse R. Binnall</u>
Jesse R. Binnall (VA022)
Binnall Law Group, PLLC
717 King Street, Suite 200

Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump and
Donald J. Trump for President, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*