IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | ) ) ) ) |  |
| *Plaintiffs*, | ) ) ) |  |
| v. | ) ) ) | No. 1:20-cv-3388-EGS |
| DONALD J. TRUMP, *et al.*, | ) ) ) ) |  |
| *Defendants*. | ) ) |  |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Republican National Committee ("RNC") respectfully moves the Court to extend its deadline to respond to Plaintiffs' second amended complaint to and including January 2, 2023.

On November 28, 2022, this Court granted Plaintiffs' motion for leave to file their second amended complaint. Doc. 59. Under Local Civil Rule 7(i), an "amended pleading shall be deemed to have been filed and served by mail on the date on which the order granting the motion is entered." Federal Rule of Civil Procedure 15(a) generally requires a party to respond to an amended pleading "within 14 days after service of the amended pleading." Thus, the RNC's current deadline to respond to the second amended complaint is December 12, 2022.

Good cause exists to grant the requested relief. Plaintiffs' second amended complaint adds new allegations that span 18 months. Given the existing schedule and court commitments of counsel for the RNC, a three-week extension will ensure that counsel has appropriate time to review the new allegations. In addition, the Court's recent memorandum opinion addresses in detail many of the parties' initial arguments regarding the sufficiency of the complaint. Additional time to review the Court's opinion will better enable to RNC to evaluate its position and respond

to the Court's concerns. Finally, the requested extension will allow the parties time over the upcoming holidays to communicate about the next steps in this litigation. This is the RNC's first requested extension of the response deadline. An extension of time until January 2, 2023, will not impede or delay the litigation, and no party will be prejudiced by the extension.

In accordance with Local Rule 7(m), the RNC has conferred with counsel for Plaintiffs and for the other Defendants regarding this requested extension of time. All parties are unopposed to the requested extension.

For the foregoing reasons, the RNC respectfully asks the Court to extend the RNC's deadline to respond to Plaintiffs' second amended complaint to and including January 2, 2023.

Dated:  December 7, 2022

Respectfully submitted,

 /s/ Tyler R. Green
Tyler R. Green (982312)
Cameron T. Norris (VA083)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

Harmeet K. Dhillon
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Ste. 700
San Francisco, CA 94108
(415) 433-1700
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com

*Attorneys for Defendant*
*Republican National Committee*

CERTIFICATE OF SERVICE

I certify that on December 7, 2022, I electronically filed the foregoing Motion for Extension of Time and Proposed Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: December 7, 2022                     /s/ Tyler R. Green
                                                                                      Tyler R. Green
                                                                                      *Attorney for Republican National Committee*