IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Civil Case No. 1:20-cv-03388-EGS |

## DEFENDANTS' MOTION FOR STAY

Defendants Donald J. Trump and Donald J. Trump for President, Inc., respectfully move this Court to stay all pretrial proceedings, including discovery, as to all parties in this case until resolution of President Trump's claim of absolute immunity is finally resolved on appeal.

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein.

Dated: December 12, 2022

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on December 12, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump and*
*Donald J. Trump for President, Inc.*
