IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* | ) ) ) ) |
| *Plaintiffs*, | ) ) ) No. 1:20-cv-3388-EGS |
| v. | ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

**NOTICE OF JOINDER OF DEFENDANTS' MOTION FOR STAY**

The Republican National Committee joins the motion to stay all pretrial proceedings until resolution of President Trump's claim of absolute immunity is finally resolved on appeal. Because a stay of proceedings as to President Trump is warranted, this Court should stay the entire case as to all Defendants. "It is no answer … to say that discovery for [President Trump] can be deferred while pretrial proceedings continue for other defendants." *Ashcroft v. Iqbal*, 556 U.S. 662, 685 (2009). At the very least, the Court should stay the RNC's deadline to respond to the complaint until after the motion to stay is finally resolved.

Dated:  December 15, 2022

Respectfully submitted,

 */s/ Tyler R. Green*
Tyler R. Green (982312)
Cameron T. Norris (VA083)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

David A. Warrington (1616846)
Gary M. Lawkowski (VA125)
Harmeet K. Dhillon
Mark P. Meuser
DHILLON LAW GROUP INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
(703) 574-1206
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com

*Attorneys for Defendant*
*Republican National Committee*

## CERTIFICATE OF SERVICE

I e-filed the foregoing with the Court via CM/ECF, which will notify everyone requiring notice.

Dated: December 15, 2022

 */s/ Tyler R. Green*