# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-03388-EGS |

## PLAINTIFFS' CROSS-MOTION TO COMMENCE DISCOVERY

Plaintiffs Michigan Welfare Rights Organization, NAACP, Maureen Taylor, Nicole L. Hill, and Teasha K. Jones, by counsel, respectfully move for the Court to authorize Plaintiffs to commence pre-answer discovery.

In support of this cross-motion, Plaintiffs submit the accompanying statement of points and authorities, which is fully incorporated herein.

Dated:  December 23, 2022

Respectfully submitted,

/s/ *Jason M. Bradford*
Jason M. Bradford (D.D.C Bar No. IL0073)

<div style="columns:2">

Samuel Spital (D.D.C Bar No. SS4839)
Janai S. Nelson (*pro hac vice*)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Anuja D. Thatte (D.D.C. Bar No. 1742276)
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300

Jason M. Bradford (D.D.C Bar No. IL0073)
Jonathan A. Enfield (D.D.C Bar No. IL0074)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

Stephen L. Ascher (*pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

*Counsel for Plaintiffs*

</div>

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2022, I electronically filed the foregoing Plaintiffs' Cross-Motion to Commence Discovery with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated:  December 23, 2022                     /s/ *Jason M. Bradford*
                                                                                          Jason M. Bradford
                                                                                          Attorney for Plaintiffs