**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, | |
| *Plaintiffs*, | Case No. 1:20-cv-03388-EGS |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Stay and Statement of Points and Authorities, Plaintiffs' opposition thereto, and any oral argument upon the motion, it is hereby ordered that the motion is DENIED.

Upon consideration of Plaintiffs' Cross-Motion to Commence Discovery and Statement of Points and Authorities, any opposition thereto, and any oral argument upon the motion, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
The Honorable Emmet G. Sullivan
United States District Judge
For the District of Columbia