IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>　　　　　Defendants. | Civil Case No. 1:20-cv-03388-EGS |

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Donald J. Trump and Donald J. Trump for President, Inc. ("Trump Defendants"), respectfully move this Court to dismiss Plaintiffs' second amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

For the reasons explained in the attached memorandum in support of this motion, the Trump Defendants respectfully seek dismissal of Plaintiffs' Second Amended Complaint.

Dated: January 2, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on January 2, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*