IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | Civil Case No. 1:20-cv-03388-EGS |

## [PROPOSED] ORDER

Upon consideration of Donald J. Trump and Donald J. Trump for President, Inc.'s Motion to Dismiss the Second Amended Complaint, arguments in the accompanying memoranda and any opposition thereto, any oral arguments before this Court, and because the Court finds good cause, it is hereby

**ORDERED** the Motion to Dismiss is **GRANTED**. All claims against Donald J. Trump and Donald J. Trump for President, Inc. are hereby dismissed.

**SO ORDERED.**

Dated: _____          _____
                                      The Honorable Emmet G. Sullivan
                                      United States District Judge