Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHIGAN WELFARE RIGHTS
ORGANIZATION et al

    Plaintiff

  vs.

DONALD J. TRUMP et al

    Defendant

Civil No.    20-3388   (TSC)

Category  L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  10/6/2023  from Judge Ana C. Reyes to Judge Tanya S. Chutkan by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:  Judge Ana C. Reyes  & Courtroom Deputy
      Judge Tanya S. Chutkan  & Courtroom Deputy
      Liaison, Calendar and Case Management Committee