UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-03388-TSC |

**PLAINTIFFS' STATUS REPORT**

This case having recently been reassigned to Your Honor, in an effort to be helpful to the Court in advance of the status conference scheduled for November 29, 2023 at 2:30 PM, Plaintiffs Michigan Welfare Rights Organization, NAACP, Maureen Taylor, Nicole L. Hill, and Teasha K. Jones, by counsel, respectfully submit this status report regarding the current posture of the case and the pending motions. Plaintiffs state as follows:

1. Plaintiffs commenced this lawsuit in November 2020. On December 21, 2020, Plaintiffs filed an Amended Complaint (Dkt. 8) raising two claims against all Defendants: a claim arising under Section 11(b) of the Voting Rights Act, seeking injunctive relief, and a claim arising under the Ku Klux Klan Act, seeking monetary damages. Defendants filed motions to dismiss (Dkts. 24, 25). On March 31, 2022, the Court issued an order granting in part and holding in abeyance in part the motions to dismiss (Dkt. 48). Defendants also had filed motions to transfer the case to the Eastern District of Michigan (Dkts. 21, 22), which the Court also denied in its March 31, 2022 order (Dkt. 48).

2. On June 16, 2022, Plaintiffs filed a motion for leave to file a Second Amended Complaint (the "SAC") with the same two claims, but additional allegations (Dkt. 55). On

1

November 28, 2022, the Court granted the motion for leave, concluding that the SAC is not futile, and holding that former President Trump does not have absolute immunity from claims for damages (Dkt. 59).

3. On November 30, 2022, former President Trump filed a notice of appeal from the order denying former President Trump's assertion of absolute immunity (Dkt. 61).

4. On December 12, 2022, former President Trump and the Trump Campaign moved to stay all pretrial proceedings, including discovery, with respect to all parties, until resolution of former President Trump's appeal of this Court's decision that he is not immune from suit (Dkt. 66). The RNC joined the motion (Dkt. 67). On December 23, 2022, Plaintiffs cross-moved to commence discovery (Dkt. 68). Those motions are fully briefed and have been pending for over nine months.

5. On January 2, 2023, Defendants moved to dismiss the SAC (Dkts. 71, 72). The motions to dismiss were fully briefed as of February 1, 2023.

6. On January 30, 2023, the United States Court of Appeals for the District of Columbia entered an order holding former President Trump's appeal in abeyance pending further order of the court. (*Trump v. MWRO*, No. 22-7164 (D.C. Cir.) (ECF No. 1983762, Jan. 30, 2023)). The Court of Appeals directed the parties to file motions to govern further proceedings within 30 days of this Court's disposition of Defendants' January 2, 2023 motions to dismiss or the D.C. Circuit's disposition of the appeals consolidated under *Blassingame v. Trump*, No. 22-5069 (D.C. Cir.), whichever comes first. (D.C. Cir.'s Jan. 30, 2023 Order.) This Court has not disposed of those motions to dismiss, and the appeals consolidated under *Blassingame* have not yet been decided by the D.C. Circuit.

7. On February 24, 2023, this case was reassigned from Judge Emmet G. Sullivan to

Judge Ana C. Reyes.

8. On September 12, 2023, Plaintiffs filed a motion for a status conference or, in the alternative, for the Court to grant Plaintiffs' cross-motion to commence discovery (Dkt. 83). Judge Reyes granted the motion (Minute Order, Sept. 12, 2023) and subsequently set the hearing for October 12, 2023 (Notice of Hearing, Sept. 21, 2023).

9. The case was randomly reassigned to Your Honor on October 6, 2023 (Dkt. 85), and on October 6, 2023, Your Honor vacated the previously scheduled October 12 hearing (Minute Order, Oct. 6, 2023). On October 20, 2023, Your Honor scheduled a new status conference for November 29, 2023 at 2:30 PM (Notice of Hearing, Oct. 20, 2023).

10. With respect to the current posture of this case, the following fully briefed motions are pending before this Court:

- Trump Defendants' December 12, 2022 motion to stay the proceedings (Dkt. 66), which the RNC joined (Dkt. 67);

- Plaintiffs' December 23, 2022 cross-motion to commence discovery (Dkt. 68); and

- Defendants' January 2, 2023 motions to dismiss Plaintiffs' SAC (Dkts. 71, 72).

11. On November 16, 2023, counsel for Plaintiffs contacted counsel for Defendants and proposed submitting a joint status report in advance of the November 29, 2023 status conference. Counsel for Defendants did not respond. This Status Report is identical in substance to the draft joint status report sent to counsel for Defendants.

Dated: November 22, 2023                    Respectfully submitted,

*/s/ Jason M. Bradford*
Jason M. Bradford (D.D.C Bar No. IL0073)

Jason M. Bradford (D.D.C Bar No. IL0073)
Jonathan A. Enfield (D.D.C Bar No. IL0074)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

Samuel Spital (D.D.C Bar No. NY0248)
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Anuja D. Thatte (D.D.C. Bar No. 1742276)
Joseph Wong (D.D.C. Bar No. 1017589)
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on November 22, 2023, I caused to be filed electronically the foregoing Plaintiffs' Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated:  November 22, 2023    */s/ Jason M. Bradford*
                              Jason M. Bradford
                              Attorney for Plaintiffs