UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　*Defendants*. | Case No. 1:20-cv-03388-TSC |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

　　　Plaintiffs Michigan Welfare Rights Organization ("MWRO"), NAACP, Maureen Taylor, Nicole L. Hill, and Teasha K. Jones, by counsel, respectfully submit this Notice of Supplemental Authority to notify the Court that the Court of Appeals for the D.C. Circuit summarily affirmed this Court's finding that the actions of Defendant Trump at the heart of this case fell outside the scope of his official duties, and thus, that Defendant Trump is not entitled to absolute immunity. *Michigan Welfare Rights Org. v. Trump*, No. 22-7164, Order (D.C. Cir. Mar. 8, 2024) (the "Order," attached hereto as Exhibit A); *see also* Dkt. 59 at 11-13 (denying immunity).

　　　The Order removes all doubt as to whether this case can proceed. The arguments in favor of a stay raised by Defendants—that "there is a pending motion for summary affirmance based on the *Blassingame* decision" in the D.C. Circuit and therefore "this Court lacks jurisdiction to take any action as to President Trump" (Dkt. 92 at 5)—have been mooted by issuance of the Order. Accordingly, the Court must deny Defendants' motion for stay (Dkt. 66).

　　　Even if any question of Defendant's Trump's immunity survives in this case following

1

the *Blassingame* decision,[1] it would not affect the claims for injunctive relief against Defendant Trump, nor would it have any bearing on the claims against the other Defendants. Further delays in this proceeding will create a grave risk of denying Plaintiffs an opportunity for relief in advance of the 2024 election. Accordingly, Plaintiffs' motion for discovery should be granted (Dkt. 68).

Dated: March 12, 2024

Respectfully submitted,
*/s/ Jason M. Bradford*
Jason M. Bradford (D.D.C Bar No. IL0073)

Samuel Spital (D.D.C Bar No. SS4839)
Janai S. Nelson (*pro hac vice*)
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Jason M. Bradford (D.D.C Bar No. IL0073)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

Anuja D. Thatte (D.D.C. Bar No. 1742276)
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300

Christian J. Hatten (D.D.C. Bar No. 90005584)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 637-6354

*Counsel for Plaintiffs*

---

[1] *Blassingame v. Trump*, 87 F.4th 1, 30 (D.C. Cir. 2023) ("[W]e affirm the district court's denial of President Trump's motion to dismiss on grounds of presidential immunity, and we leave it to that court to conduct further proceedings on the issue as desired and warranted.").

## CERTIFICATE OF SERVICE

      I certify that on March 12, 2024, I electronically filed the foregoing Plaintiffs' Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated:  March 12, 2024                                                    */s/ Jason M. Bradford*
                                                                                     Jason M. Bradford
                                                                                     Attorney for Plaintiffs