# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7164**  September Term, 2023

1:20-cv-03388-EGS

Filed On: April 16, 2024 [2049879]

Michigan Welfare Rights Organization, et al.,

      Appellees

    v.

Donald J. Trump, in his personal capacity,

      Appellant

Donald J. Trump For President, Inc. and Republican National Committee,

      Appellees

**M A N D A T E**

    In accordance with the order of March 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed March 8, 2024