UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-03388-TSC |

**PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**

    The Court should deny Mr. Perez's motion to intervene.  Mr. Perez's motion misstates the standard for intervention as of right. (Dkt. 98 at 11 & 15). Fed. R. Civ. P. 26 allows intervention as a matter of right only if a person is given an unconditional right to intervene by a federal statute or "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P 26(a). Mr. Perez makes neither claim. The Court may permit a party to intervene if the person has a conditional right to intervene by a federal statute, which Mr. Perez does not claim, or "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 26(b). Mr. Perez's claims do not appear to be directed at any issues or claims in this case. Accordingly, the Court should deny Mr. Perez's motion to intervene.

                                                   */s/ Jason M. Bradford*
                                                   Jason M. Bradford (D.D.C. Bar No. IL0073)

                                                   Jason M. Bradford (D.D.C. Bar No. IL0073)
                                                   Jenner & Block LLP
                                                   353 N. Clark St.
                                                   Chicago, IL 60654

(312) 222-9350

Christian J. Hatten (D.D.C. Bar No. 90005584)
Jenner & Block LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
(202) 637-6354

Samuel Spital (D.D.C. Bar No. SS4839)
Janai S. Nelson (*pro hac vice*)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., 5th
Floor New York, NY
10006
(212) 965-2200

Joseph Wong (D.D.C. Bar No. 1017589)
Anuja D. Thatte (D.D.C. Bar No. 1742276)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street, NW, Ste. 600
Washington, DC 20005
(202) 682-1300

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, I electronically filed the foregoing Plaintiffs' Opposition to Motion to Intervene and the accompanying proposed order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record. In addition, consistent with Fed. R. Civ. P. 5(b)(2)(C), I mailed a copy of the foregoing Opposition to the last known address of the movant, as he does not appear to be represented by counsel. The Opposition was mailed to:

Jose A. Perez
2128 William Street #273
Cape Girardeau, MO 63703


Dated: October 4, 2024                    */s/ Jason M. Bradford*
                                          Jason M. Bradford
                                          Attorney for Plaintiffs