UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN WELFARE RIGHTS ORGANIZATION, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　*Defendants*. | Case No. 1:20-cv-03388-TSC |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiffs Michigan Welfare Rights Organization, NAACP, Maureen Taylor, Nicole L. Hill, and Teasha K. Jones, respectfully submit this notice, pursuant to Rule 41, to inform this Court that they voluntarily dismiss without prejudice all claims against all Defendants (Donald J. Trump, Donald J. Trump for President, Inc., and the Republican National Committee). Plaintiffs may "dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, none of the Defendants have served an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jason M. Bradford*
　　　　　　　　　　　　　　　　　　　Jason M. Bradford (D.D.C. Bar No. IL0073)

　　　　　　　　　　　　　　　　　　　Jason M. Bradford (D.D.C. Bar No. IL0073)
　　　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　　　353 N. Clark St.
　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　(312) 222-9350

　　　　　　　　　　　　　　　　　　　Christian J. Hatten (D.D.C. Bar No. 90005584)

Jenner & Block LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
(202) 637-6354

Samuel Spital (D.D.C. Bar No. SS4839)
Janai S. Nelson (*pro hac vice*)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Joseph Wong (D.D.C. Bar No. 1017589)
Anuja D. Thatte (D.D.C. Bar No. 1742276)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street, NW, Ste. 600
Washington, DC 20005
(202) 682-1300

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024, I electronically filed the foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: December 4, 2024                             */s/ Jason M. Bradford*
                                                    Jason M. Bradford
                                                    Attorney for Plaintiffs